Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Crapp Farms Partnership** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Crapp Land<br>DBA  Crapp Farms Trucking<br>DBA  Crapp Excavating |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-0581539 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5761 Substation Road<br>Lancaster, WI 53813<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Grant<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor **Crapp Farms Partnership** _____ Case number (*if known*)_____
  Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor **Crapp Farms Partnership** _____ Case number (*if known*) _____
        Name

11. **Why is the case filed in *this district*?**   *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No

    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ☐ 1-49
    - ■ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor **Crapp Farms Partnership**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/03/2017
MM / DD / YYYY

X  /s/ Darrell C. Crapp
Signature of authorized representative of debtor

**Darrell C. Crapp**
Printed name

Title **Partner**

**18. Signature of attorney**

X  /s/ Kristin Sederholm
Signature of attorney for debtor

Date 05/03/2017
MM / DD / YYYY

**Kristin J. Sederholm**
Printed name

**Krekeler Strother, S.C.**
Firm name

**2901 West Beltline Highway
Suite 301
Madison, WI 53713**
Number, Street, City, State & ZIP Code

Contact phone **(608) 258-8555**      Email address

**1001895**
Bar number and State

In re  **Crapp Farms Partnership**                                   Case No.
                              Debtor(s)

# FORM 1. VOLUNTARY PETITION
## Attachment A

**NAICS Codes:**

| | |
|---|---|
| **Soybean Grain:** | **111110** |
| **Wheat Grain:** | **111140** |
| **Corn Grain:** | **111150** |
| **Beef Cattle:** | **112111** |
| **Hog & Pig:** | **112210** |

**United States Bankruptcy Court**
**Western District of Wisconsin**

In re  **Crapp Farms Partnership**
                                          Debtor(s)

Case No.
Chapter  **11**

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

**Crapp Farms Partnership has prepared neither a cash flow statement or cash flow projection.**

I, Darrell C. Crapp, Partner of Crapp Farms Partnership, named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement, and that it is true and correct to the best of my knowledge, information, and belief.

Date  05/03/2017                    Signature  *Darrell C. Crapp*
                                               Darrell C. Crapp
                                               Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Western District of Wisconsin**

In re   **Crapp Farms Partnership**,

Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   05/03/2017

*Darrell C. Crapp* (signature)
**Darrell C. Crapp/Partner**
Signer/Title

```
Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
ATTN:  Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708-8914

US Attorneys Office for the Western
District of Wisconsin
222 West Washington Avenue
Suite 700
Madison, WI 53703

1st Farm Credit Services, PCA
2000 Jacobssen Drive
Normal, IL 61761

AGCO Finance LLC
P.O. Box 9263
Des Moines, IA 50306

AgDirect
Farm Credit Services of America, PCA
5015 South 118th Street
Omaha, NE 68137

AgriSolutions Inc.
31832 Delhi Road
Brighton, IL 62012

Animal Health International
P.O. Box 561305
Denver, CO 80256-1305

Big Gain Wisconsin LLC
W9077 Schultz Road
Lodi, WI 53555
```

BMO Harris Bank N.A.
111 West Monroe Street
Chicago, IL 60603-4095

BMO Harris Equipment Finance Company
770 North Water Street, 8th Floor
Milwaukee, WI 53202

Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203-0001

CNH Industrial Capital
 America, LLC
PO Box 3600
Lancaster, PA 17604-3600

CNH Productivity Plus
P.O. Box 78004
Phoenix, AZ 85062-8004

Commodity Credit Corporation
c/o United States Dept of Agriculture
8030 Excelsior Drive, Suite 100
Madison, WI 53717

Cougar Run
P.O. Box 370
Pipestone, MN 56164

Crapp Land LLC
5761 Substation Road
Lancaster, WI 53813

Doc Adams Veterinary Service LLC
353 South Jefferson Street
Lancaster, WI 53813

Dubuque Bank and Trust Company
1398 Central Avenue
P.O. Box 778
Dubuque, IA 52001

Finney Implement
Case International Farm Equipment
P.O. Box 406
Lancaster, WI 53813

Focus Management Group USA, Inc.
5001 West Lemon Street
Tampa, FL 33609

```
Jay & Lynn Girotto
Farmland Opportunity LLC
18 Crescent Key
Bellevue, WA 98006

GM Card
P.O. Box 94014
Palatine, IL 60094-4014

Grant County Treasurer
Grant County Courthouse
P.O. Box 430
Lancaster, WI 53813-0430

John Deere Financial
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600

John Deere Financial, fsb
PO Box 4450
Carol Stream, IL 60197-4450

JP Morgan Chase Bank NA
PO Box 901033
Fort Worth, TX 76101-2098

LTS
P.O. Box 308
Mankato, MN 56002-0308

Mercedes-Benz Financial Services USA LLC
HSBC - Truck
P.O. Box 5260
Carol Stream, IL 60197

Mulgrew Oil Co.
10314 Silverwood Drive
Dubuque, IA 52004-0894

Nutech Seed
2321 North Loop Drive
Ames, IA 50010

Peoples State Bank
301 E. Blackhawk Avenue
Prairie Du Chien, WI 53821

Premier Cooperative
501 West Main Street
Mount Horeb, WI 53572
```

Red Wing Software
491 Highway 19
Red Wing, MN 55066-1119

Resource Engineering Associates, Inc.
3510 Parmenter Street, Suite 100
Middleton, WI 53562

Russell Consulting Group Inc.
5243 Panorama Terrace
Panora, IA 50216

Stearns Bank N.A.
500 13th Street
PO Box 750
Albany, MN 56307

Tandem Tire & Auto Services Inc.
400 Harrison
Dubuque, IA 52004-0717

TD Auto Finance
PO Box 1622
Roanoke, TX 76262

UBS AgriVest LLC
aka Eagle Creek Midwest LLC
4415 Westa Harrison, #238
Hillside, IL 60162

US Bank
PO Box 790179
Saint Louis, MO 63179

Wyffels Hybrids Inc.
13344 U.S. Highway 6
Geneseo, IL 61254-8487

Fill in this information to identify the case:
Debtor name: **Crapp Farms Partnership**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WISCONSIN**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nutech Seed 2321 North Loop Drive Ames, IA 50010 | | Farm related expense | | | | $639,072.00 |
| Premier Cooperative 501 West Main Street Mount Horeb, WI 53572 | | Farm related purchases on account | | | | $511,660.85 |
| Big Gain Wisconsin LLC W9077 Schultz Road Lodi, WI 53555 | | Farm related expense of Crapp Farms Partnership | | | | $171,760.00 |
| Wyffels Hybrids Inc. 13344 U.S. Highway 6 Geneseo, IL 61254-8487 | | Farm related purchases on account of Crapp Farms Partnership | | | | $148,720.00 |
| BMO Harris Equipment Finance Company 770 North Water Street, 8th Floor Milwaukee, WI 53202 | | Crapp Farms Partnership: 60-month Lease Agreement on (3) John Deere 1770 NT Planters 24R30 w/Pro Units & CCS: SN#1A01770EVDM751003; SN#1A01770ECDM751 | | | | $121,049.68 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Crapp Farms Partnership**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGCO Finance LLC<br>P.O. Box 9263<br>Des Moines, IA<br>50306 | | Crapp Farms Partnership: 36-month Lease agreement on Ag Chem 1100B Rogator Sprayer, SN# AGCA1100CGNCN1110 and Raven Hawkeye Guidance System, SN#1108 | | | | $108,910.28 |
| Cougar Run<br>P.O. Box 370<br>Pipestone, MN<br>56164 | | Farm related purchases on account by Crapp Farms Partnership (piglets) | | | | $99,585.45 |
| AGCO Finance LLC<br>P.O. Box 9263<br>Des Moines, IA<br>50306 | | Crapp Farms Partnership: 36-month Lease agreement on Ag Chem 1100B Rogator Sprayer, SN# AGCA1100CGNSL1033 and Raven Hawkeye Guidance System, SN#1094 | | | | $95,686.00 |
| AGCO Finance LLC<br>P.O. Box 9263<br>Des Moines, IA<br>50306 | | Crapp Farms Partnership: 36-month Lease agreement on Ag Chem 1100B Rogator Sprayer, SN# AGCA1100PGNSL1030 and Raven Hawkeye Guidance System, SN#1100 | | | | $95,686.00 |
| CNH Industrial Capital America, LLC<br>PO Box 3600<br>Lancaster, PA<br>17604-3600 | | Crapp Farms Partnership: Equipment Operating Lease Agreement on a Case IH Steiger Tractor 620 TR, ZNZFF304763 | | | | $85,459.00 |

Debtor **Crapp Farms Partnership**      Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CNH Industrial Capital America, LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600 | | Crapp Farms Partnership: Equipment Operating Lease Agreement on a Case IH Steiger Tractor 620, SN#ZFF304909 | | | | $85,459.00 |
| CNH Productivity Plus<br>P.O. Box 78004<br>Phoenix, AZ 85062-8004 | | Farm related purchases on account by Crapp Farms Partnership | | | | $58,167.81 |
| John Deere Financial, fsb<br>PO Box 4450<br>Carol Stream, IL 60197-4450 | | Farm related purchases on account by Crapp Farms Partnership | | | | $52,088.56 |
| Stearns Bank N.A.<br>500 13th Street<br>PO Box 750<br>Albany, MN 56307 | | Crapp Farms Partnership: Lease agreement on 2 Meyer Chopper boxes; Chopper adapter; Ag Chem Sprayer | | | | $49,148.39 |
| CNH Industrial Capital America, LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600 | | Crapp Farms Partnership: Equipment Operating Lease Agreement on a Case IH Magnum Tractor 340 ZFRF05776 | | | | $44,905.20 |
| CNH Industrial Capital America, LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600 | | Crapp Farms Partnership: Equipment Operating Lease Agreement on a Case IH Magnum Tractor 340 ZFRF05806 | | | | $44,905.20 |
| CNH Industrial Capital America, LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600 | | Crapp Farms Partnership: Equipment Operating Lease Agreement on a Case IH Magnum Tractor 340 ZFRF06029 | | | | $44,905.20 |
| LTS<br>P.O. Box 308<br>Mankato, MN 56002-0308 | | Farm related expense | | | | $40,460.00 |

Debtor **Crapp Farms Partnership**     Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stearns Bank N.A. 500 13th Street PO Box 750 Albany, MN 56307 | | Crapp Farms Partnership: Lease agreement on Generator: Dryer Service Grain leg rebuild | | | | $34,978.26 |
| Focus Management Group USA, Inc. 5001 West Lemon Street Tampa FL 33609-0000 | | Fam Financial fees | | | | $22,089.55 |