**Fill in this information to identify the case:**

Debtor name **Crapp Farms Partnership**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **17-11601-11-cjf**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $  **23,532,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................... $  **15,970,353.88**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $  **39,502,353.88**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $  **33,869,156.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $  **14,089.97**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$  **1,813,810.99**

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b          $  **35,697,057.31**

**Fill in this information to identify the case:**

Debtor name **Crapp Farms Partnership**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **17-11601-11-cjf**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BMO Harris Bank NA | Crapp Farms Partnership business checking account | 4207 | $44,616.02 |
| 3.2. | BMO Harris Bank NA | Crapp Farms Trucking business checking account | 4215 | $24,420.47 |
| 3.3. | BMO Harris Bank NA | Crapp Excavating business checking account | 4199 | $2,449.48 |
| 3.4. | BMO Harris Bank | Crapp Land business checking account | 4124 | $863.76 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $72,349.73 |
|---|

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Crapp Farms Partnership** | | Case number *(if known)* **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | 2015 Chevrolet Silverado 4-Door pickup truck | $35,000.00 |
|---|---|---|

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                    $35,000.00

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:    **105,884.15** − **0.00** = ....    **$105,884.15**
                face amount             doubtful or uncollectible accounts

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$105,884.15**

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** **2016 Corn Value** | **$5,859,109.91** | **Grain contracts** | **$5,859,109.91** |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **Livestock (cows)** | **$1,534,747.80** | **Market value** | **$1,534,747.80** |

---

| Debtor | **Crapp Farms Partnership** | | Case number *(If known)* **17-11601-11-cjf** |
| --- | --- | --- | --- |
| | Name | | |

| | Livestock (Hogs; Sows; Piglets) | $610,104.00 | Market Value | $610,104.00 |
| --- | --- | --- | --- | --- |

| 30. | Farm machinery and equipment *(Other than titled motor vehicles)* | | | |
| --- | --- | --- | --- | --- |
| | See attached Exhibit B | $5,886,715.90 | Market Value | $5,886,715.90 |

| 31. | Farm and fishing supplies, chemicals, and feed | | | |
| --- | --- | --- | --- | --- |
| | Feed on hand: | | | |
| | Earledge - 768 tons = $66,844 | | | |
| | Fodder - 2231 tons = $120,165 | | | |
| | Bales - 61 tons = $36,045 | | | |
| | Sileage - 1367 tons = $61,502 | $284,556.00 | Market Value | $284,556.00 |

32. Other farming and fishing-related property not already listed in Part 6

33. **Total of Part 6.**

$14,175,233.61

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
- ■ No
- ☐ Yes.  Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____   Valuation method _____   Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ■ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.** Office furniture | | | |
| Office furniture (Trucking) | $10,111.13 | Market Value | $10,111.13 |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Office Equipment (See attached Exhibit B): | | | |
| Farms = $23,120.20 | | | |
| Excavating = $1,000.56 | $24,120.76 | Market Value | $24,120.76 |

| Debtor | **Crapp Farms Partnership** | Case number *(If known)* **17-11601-11-cjf** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | **$34,231.89**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See attached Exhibit B listing all trailers, trucks   and farm vehicles** | **$1,547,654.50** | **Market Value** | **$1,547,654.50** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** | **$1,547,654.50**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Crapp Farms Partnership** | | Case number *(If known)* **17-11601-11-cjf** |
| | Name | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Farmland located in Grant County, Wisconsin consisting of approximately 2,240 acres m/l of farm real estate and related farm buildings.  Parcel Numbers (Exhibit A) and Legal Descriptions (Exhibit B) are disclosed on the attachments. FMV of farmland real estate:  $20,832,000 FMV of buildings/improvements:  $2,700,000** | Fee simple | $23,532,000.00 | Debtor estimate | $23,532,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $23,532,000.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **Crapp Farms Partnership** | Case number *(If known)* **17-11601-11-cjf** |
|---|---|---|
| | Name | |

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $72,349.73 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $35,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $105,884.15 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $14,175,233.61 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,231.89 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,547,654.50 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................> | | $23,532,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $15,970,353.88 | + 91b. $23,532,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,502,353.88 |

In re  **Crapp Farms Partnership**                                                    Case No. _____

_____
                                                 Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

Exhibit "A" includes a legal description of all of the property of parcels:

**-1721T** (tax parcel numbers: 052-00247-0000, 052-00248-0010, 052-00251-0000, 052-00253-0000, 052-00257-0010, 052-00277-0010);

**-3327** (tax parcel numbers: 020-00113-0000, 020-00116-0000, 014-00674-0000, 010-00675-0000, 056-00822-0000, 056-00823-0000, 056-00826-0000, 020-00121-0010;

**-3479T** (tax parcel numbers: 002-00906-0000, 002-00925-0000);

**-3480T** (tax parcel numbers: 002-00911-0000, 002-00914-0000, 002-00936-0000, 002-00937-0000);

**-3481T** (tax parcel numbers: 002-00907-0000, 002-00908-0010, 002-00909-0000, 002-00915-0000, 002-00962-0000);

**-3549T** (tax parcel numbers: 052-00254-0000, 052-00255-0000, 052-00285-0000, 052-00288-0000, 052-00254-0010);

**-5958T** (tax parcel numbers: 052-00042-0000, 052-00043-0000,052-00044-0000,052-00045-0000,052-00053-0000);

**-8166T** (tax parcel numbers: 052-00034-0000,052-00036-0000,052-00037-0000);

**-8167T** (tax parcel numbers: 052-00223-0000,052-00224-0000,052-00225-000,052-00290-000,052-00291-0000);

**-8776T** (tax parcel numbers: 052-00031-0000,052-00032-0000,052-00035-0000,052-00047-0000);

**-8870TR** (tax parcel numbers: 052-00488-0010,052-00487-0010,052-00491-0000,052-00492-0000);

**-10977T** (tax parcel numbers:
056-00698-0000,056-00700-0000,056-00702-0000,056-00703-0000,056-00706-0000,056-00708-0000);

**-11143T** (tax parcel numbers: 052-00257-0000,052-00277-0000);

**-12954TR** (tax parcel numbers:
020-00117-0000,020-00118-0000,020-00119-000,020-00120-0000,014-00674-0010,052-00001-0000,052-00002-00 00,052-00003-0000,052-0005-0000,052-00006-0010,056-00824-0000,056-00825-0000);

**-13267T** (tax parcel numbers: 056-00522-0000,056-00523-0000,056-00524-0000,056-00521-0000);

**-13837T** (tax parcel number: 002-00922-0010)

In re    **Crapp Farms Partnership**                                            Case No. _____
                                        Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment B

EXHIBIT B - LEGAL DESCRIPTIONS

Legal Description 1721T

All the following described land situated in Section Thirteen (13), Township Three (3) North, Range Three (3) West of the 4th P.M., lying North of (new) County Hwy. "B":

The West Half (W. 1/2) of the Northeast Quarter (N.E. 1/4) and the East Half (E. 1/2) of the Northwest Quarter (N.W. 1/4) of Section Thirteen (13), Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

Also including the Southeast Quarter (S.E.1/4) of the Northeast Quarter (N.E. 1/4)    EXCEPT the N. 1/2 of the N.E. 1/4 of the S.E.1/4 of the N.E. 1/4 of said Section 13.

Also including the East Half (E. 1/2) of the Southeast Quarter (S.E. 1/4) and that part of the Northeast Quarter (N.E. 1/4) of the Southwest Quarter (S.W. 1/4) and the Northwest Quarter (N.W. 1/4) of the Southeast Quarter (S.E.1/4) of said Section 13 described as follows:

Commence at a point which is 5.50 chains East of the Northwest corner of the N.W. 1/4 of the S.E.1/4 of said Section 13; thence running West 13.55 chains; thence South 6.14 chains; thence North 74° 30' East 14.34 chains; thence in a Northwesterly direction 2.3 chains to the place of beginning.

EXCEPTING therefrom the lands conveyed to Grant County, Wisconsin, by Warranty Deed recorded in Volume 468 of Records, page 512.

Also EXCEPTING the lands conveyed to Robert L. Schmelz and Linda L. Schmelz, husband and wife, by Warranty Deed recorded in Volume 501 of Records, page 8.

Also EXCEPTING therefrom the land described below:

A parcel of land located in said Section 13, said parcel being more particularly described as follows:

Commencing at the East Quarter corner of said Section 13; thence North 89° 48' 31" West 1363.50 feet along the East-West Quarter line of said Section 13; thence South 81° 23' 38" West 428.33 feet to a 3/4" rebar on the Northerly R.O.W. of C.T.H. "B", said rebar marking the point of beginning; thence South 81° 23' 38" West 692.77 feet along said R.O.W. to a 3/4" rebar; thence Westerly 408.39 feet on the arc of a curve concave Northerly having a radius of 1348.96 feet and a long chord which bears North 82° 56' 52" West 406.83 feet to a 3/4" rebar on said R.O.W.; thence North 71° 53' 15" West 240.07 feet along said R.O.W. to a 3/4" rebar; thence North 37° 09' 58" West 74.85 feet along said R.O.W. to a 3/4" rebar;

thence North 85° 57' 05" West 88.84 feet along said R.O.W. to a 1" iron pipe marking the Southeast corner of that property described in Volume 501, Page 8, Document No. 444112, Grant County Registry, Lancaster, Wisconsin; thence North 00° 39' 55" West 262.65 feet to a 1" iron pipe marking the Northeast corner of said property; thence South 86° 39' 05" West 267.54 feet to a 3/4" rebar marking the Northwest corner of said property; thence North 00° 38' 12" East 553.19 feet to a 3/4" rebar; thence North 85° 18' 55" East 572.09 feet to a 3/4" rebar; thence South 64° 14' 32" East 365.25 feet to a 3/4" rebar; thence South 30° 32' 17" East 646.62 feet to a 3/4" rebar; thence North 60° 16' 21 " East 206.87 feet to a 3/4" rebar; thence South 16° 51' 28" East 164.34 feet to a 3/4" rebar; thence South 81° 42' 50" East 248.01 feet to a 3/4" rebar; thence South 06° 23' 46" East 128.43 feet to the point of beginning.

EXCEPT a parcel of land conveyed to Renee R. Winkler, a single individual, by Warranty Deed recorded in Volume 1001 of Records, page 72 described as follows: Part of the Northeast Quarter (N.E.1/4) of the Southwest Quarter (S.W. 1/4) of Section Thirteen (13), Township Three (3) North, Range Three (3) West of the 4th P.M., Potosi Township, Grant County, Wisconsin, described as follows:

Commencing at the East Quarter corner of said Section 13; thence North 89° 38' 38" West 2633.24 feet along the East-West Quarter line to the center of said Section 13; thence North 89° 38' 38" West 531.30 feet along the East-West Quarter line of said Section 13; thence South 00° 21' 22" West 161.94 feet along a line of that property as described in Volume 480 of Records, Page 141, Document #432173; thence South 74° 17' 59" East 18.35 feet along the Southerly right of way of C.T.H. "B" to the point of beginning; thence South 01° 16' 26" East 192.14 feet; thence North 89° 07' 33" East 239.58 feet to the Westerly right of way of Old "B"; thence 33.27 feet on the arc of a curve to the left having a radius of 601.61 feet and a long chord bearing North 32° 48' 07" East 33.26 feet along said right of way; thence North 23° 42' 54" West 107.31 feet along a line of said right of way; thence North 74° 06' 57" West 227.37 feet along the Southerly right of way of C.T.H. "B" to the point of beginning.

Tax Parcel Nos.

> 052-00247-0000
> 052-00248-0010
> 052-00251-0000
> 052-00253-0000
> 052-00257-0010
> 052-00277-0010

Legal Description
3328T

The Northwest Quarter (N.W. 1/4) of the Northeast Quarter (N.E.1/4) of Section Six (6) and the East Half (E. 1/2) of the Northwest Quarter (N.W.1/4) of said Section Six (6), EXCEPTING 24 acres off of the West side thereof, all in Township Three (3) North, Range Two (2) West of the 4th P.M., Grant County, Wisconsin.

EXCEPT part of the Southeast Quarter (S.E. 1/4) of the Northwest Quarter (N.W. 1/4) of Section Six (6), Township Three (3) North, Range Two (2) West of the 4th P.M., Harrison Township, Grant County, Wisconsin, described as follows:

Commencing at the West Quarter corner of said Section; thence South 89° 45' 07" East 1558.18 feet along the South line of the N.W.1/4 of said Section to the point of beginning; thence South 89° 45' 07" East 959.44 feet along the South line of said N.W.1/4 to the Southeast corner thereof; thence North 00° 21' 00" West 755.68 feet along the East line of the N.W.1/4 of said Section; thence North 64° 57' 45" West 1061.79 feet to the East line of the West 24 acres of the E. 1/2 of the N.W. 1/4 of said Section; thence South 00° 20' 38" East 1200.89 feet along said East line to the point of beginning. Also EXCEPT a parcel of land conveyed to Thomas J. Sahr and Randy L. Sahr, husband and wife, as survivorship marital property, by Warranty Deed recorded in Volume 922 of Records, page 797 described as follows:

A parcel of land located in the Northwest Quarter (N.W. 1/4) of the Northeast Quarter (N.E.1/4) of Section Six (6), Township Three (3) North, Range Two (2) West of the 4th P.M., Grant County, Wisconsin, said parcel being described as follows:

Commencing at the North Quarter corner of said Section 6; thence South 88° 37' 50" East 1316.37 feet along the North line of said Section 6 to the Northeast corner of the N.W.1/4 of the N.E. 1/4 thereof; thence South 00° 24' 48" West 155.42 feet along the East line of the N.W. 1/4 of the N.E. 1/4 of said Section 6 to the point of beginning; thence South 79° 40' 32" West 162.14 feet to a No. 6 rebar; thence South 30° 17' 10" West 365.83 feet to a No. 6 rebar; thence North 80° 53' 13" West 178.42 feet to a No. 6 rebar; thence South 86° 23' 01" West 22.13 feet to a No. 6 rebar; thence South 44° 33' 12" West 198.02 feet to a No. 6 rebar; thence South 15° 57' 30" West 38.44 feet to a No. 6 rebar; thence South 09° 33' 10" West 141.58 feet to a No. 6 rebar; thence South 16° 58' 17" West 95.01 feet to a No. 6 rebar; thence South 19° 30' 32" West 346.44 feet to a point in the centerline of Red Dog Road; thence South 67° 24' 20" East 22.51 feet to a point in said centerline; thence North 21° 15' 19" East 207.22 feet to a No. 6 rebar; thence South 69° 52' 25" East 320.21 feet to a No. 6 rebar; thence North 45° 14' 20" East 410.56 feet to a No. 6 rebar; thence South 82° 20' 00" East 166.95 feet to the East line of the N.W.1/4 of the N.E. 1/4 of said Section 6; thence North 00° 24' 48" East 712.11 feet along said East line to the point of beginning. Also including the South Half (S.1/2) of the Southwest Quarter (S.W.1/4) of Section Thirty-one (31), Township Four (4) North, Range Two (2) West of the 4th P.M., Grant County, Wisconsin; and 70 acres off the North end of the West Half (W.1/2) of the Southeast Quarter (S.E.1/4); and 30 acres off the North end of the Southeast Quarter (S.E.1/4) of the Southeast Quarter (S.E. 1/4) of Section Thirty-six (36), Township Four (4) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

EXCEPT that parcel of land conveyed to Ivan Yoose by Quit Claim Deed recorded in Volume 647 of Records, page 422 described as follows: A triangular parcel in the Southwest corner of the S.W.1/4 of

Section 31, T4N, R2W, South of the public highway, in the town of Ellenboro, Grant County, Wisconsin.

Tax Parcel Nos.

      020-00113-0000
      020-00116-0000
      014-00674-0000
      014-00675-0000
      056-00822-0000
      056-00823-0000
      056-00826-0000
      020-00121-0010

## Legal Description
### 3479T, 3480T and 3481T

The South Three Quarters (S.3/4) of the West Half (W. 1/2) of Section One (1) EXCEPTING therefrom lands described in Volume P of Deeds on page 625, Volume 68 of Deeds on page 452, Volume 662 of Records on page 288 as Document #533977.

Also EXCEPTING lands designated as Lot I on Certified Survey Map #935, as Document #648908. Also EXCEPTING therefrom lands conveyed in Volume 581 of Records on page 589 as Document #489907, described as follows, to-wit: Part of the N.W. 1/4 of the S.W. 1/4 of said Section 1 described as follows:

Beginning at a point which is located 310.76 feet South and 366.00 feet East of the Northwest corner of the S.W. 1/4 of said Section 1; thence North 72° 00' 00" East 439.81 feet to the Westerly right-of-way of State Trunk Highway #35; thence South 18° 20' 36" East 46.16 feet along said right-of-way; thence South 62° 43' 04" West 144.80 feet;
thence South 11° 23' 34" West 108.57 feet; thence South 85° 14' 24" West 116.64 feet;
thence South 72° 00' 00" West 141.62 feet; thence North 13° 19' 36" West 137.84 feet to the point of beginning.

Also including the Southeast Quarter (S.E. 1/4) of the Northeast Quarter (N.E. 1/4) and the South Half (S. 1/2) of the Southeast Quarter (S.E. 1/4) of Section Two (2).

Also including the Northwest Quarter (N.W. 1/4) of the Northwest Quarter (N.W. 1/4) of Section Twelve (12), all of the above described lands being in Township Four (4) North, Range Five (5) West of the 4th P.M., Grant County, Wisconsin.

EXCEPT a parcel of land conveyed to Patrick J. Esser and Kimberly J. Esser, husband and wife, as survivorship marital property, by Warranty Deed recorded in Volume 962 of Records, page 325 described as follows:

Lot One (1) of Certified Survey Map #950 recorded in Volume 8 of Certified Survey Maps, page 13, Document #650906 on February 27, 2003, and being located in the N.W.1/4 of the S.W.1/4 of Section 1, T4N, R5W of the 4th P.M., Beetown Township, Grant County, Wisconsin.

Also EXCEPT a parcel of land conveyed to Ruby E. Marshall, a single individual, by Warranty Deed recorded in Volume 1099 of Records, page 547 described as follows:

Part of the N.E.1/4 of the S.W. 1/4 of Section 1, T4N, R5W of the 4th P.M., Beetown Township, Grant County, Wisconsin, described as follows:

Commencing at the South Quarter corner of said Section; thence North 01° 35' 42" West 755.03 feet along the East line of the S.W.1/4 of said Section; thence North 42° 59' 13"

West 1139.67 feet along a line of Lot 1 of Certified Survey Map #935, recorded in Volume 7 of Certified Survey Maps, on Pages 231-232 as Document #648908, Grant County Registry, to the point of beginning; thence South 71° 00' 00" West 149.85 feet along a line of said Lot 1; thence North 27° 01' 33" West 107.30 feet along a line of said Lot 1; thence North 08° 14' 01" East 86.13 feet along a line of said Lot 1; thence South 53° 26' 55" East 221.72 feet to the point of beginning.

Tax Parcel Nos.

Case No. 3479:

002-00906-0000
002-00925-0000

Case No. 3480:

002-00911-0000
002-00914-0000
002-00936-0000
002-00937-0000

Case No. 3481:

002-00907-0000
002-00908-0010
002-00909-0000
002-00915-0000
002-00962-0000

Legal Description

3549T

The West Half (W.1/2) of the Northwest Quarter (N.W. 1/4) of Section Thirteen (13); the East Half (E. 1/2) of the Northeast Quarter (N.E. 1/4) of Section Fourteen (14), Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

EXCEPT that parcel conveyed to Grant County, Wisconsin, by Highway Deed recorded in Volume 468 of Records, page 515, in the office of Register of Deeds for Grant County, Wisconsin.

Also EXCEPT a parcel of land conveyed to Mary Ann Flesch and Martin James Placko, as joint tenants, by Quit Claim Deed recorded in Volume 1067 of Records, page 178 and described as follows:

Part of the S.E.1/4 of the N.E.1/4 of Section 14, T3N, R3W of the 4th P.M., Potosi Township, Grant County, Wisconsin, described as follows:

Commencing at the East Quarter corner of said Section; thence North 00° 09' 50" West 274.55 feet along the East line of said Section to the point of beginning; thence North 88° 56' 13" West 148.57 feet to a No. 6 rebar; thence North 00° 16' 50" East 42.00 feet to a No. 6 rebar; thence North 88° 56' 13" West 42.50 feet to a No. 6 rebar; thence North 00° 16' 50" East 173.00 feet to a No. 6 rebar; thence South 88° 56' 13" East 31.00 feet to a No. 6 rebar; thence North 00° 16' 50" East 64.00 feet to a No. 6 rebar; thence South 88° 56' 13" East 157.90 feet to the East line of said Section; thence South 00° 09' 50" East 279.04 feet along said East line to the point of beginning.

Tax Parcel Nos.

       052-00254-0000
       052-00255-0000
       052-00285-0000

       052-00288-0000

       052-00254-0010

Legal Description
5958T

The East 10 acres of Southeast Quarter (S.E. 1/4) of Northwest Quarter (N.W.1/4) of Section Three (3); also the N.E. 1/4 of Section Three (3) all in Township Three (3) North, Range Three (3) West of the 4th P.M. Grant County, Wisconsin.

EXCEPTING therefrom a parcel of land in the S.E. 1/4 of the N.E.1/4 of said Section 3 described as follows, to-wit:

Beginning at the East Quarter corner of said Section 3; thence North 01° 36' 07" East 472.43 feet along the East line of said Section 3; thence North 88° 06' 38" West 594.59 feet; thence South 01° 36' 07" West 480.00 feet to the East-West Quarter line of said Section 3; thence South 88° 50' 25" East 594.60 feet along said East-West Quarter line to the point of beginning.

Also EXCEPT a parcel of land conveyed to Darrell C. Crapp and Diana Crapp, husband and wife, by Warranty Deed recorded in Volume 976 of Records, page 290 described as follows:

Part of the Northeast Quarter (N.E. 1/4) of the Northeast Quarter (N.E. 1/4) and the Northwest Quarter (N.W.1/4) of the Northeast Quarter (N.E. 1/4) of Section Three (3), Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin, said parcel being described as follows:

Commencing at the Northeast corner of said Section 3; thence South 01° 36' 07" West 572.04 feet along the East line of said Section 3; thence North 85° 13' 45" West 685.35 feet to the point of beginning; thence North 85° 13' 45" West 189.09 feet; thence South 32° 15' 53" West 143.46 feet; thence South 86° 12' 12" West 153.81 feet; thence North 87° 45' 47" West 261.49 feet; thence South 00° 10' 28" East 398.88 feet; thence South 86° 46' 45" East 645.09 feet; thence North 03° 39' 01" East 541.79 feet to the point of beginning.

Also EXCEPT a parcel of land conveyed to Karie Crapp by Warranty Deed recorded in Volume 976 of Records, page 292 described as follows:

Part of the Southeast Quarter (S.E. 1/4) of the Northwest Quarter (N.W.1/4), the Southwest Quarter (S.W. 1/4) of the Northeast Quarter (N.E. 1/4) and the Southeast Quarter (S.E. 1/4) of the Northeast Quarter (N.E. 1/4) of Section Three (3), Township Three (3) North, Range Three (3) West, 4th P.M., Potosi Township, Grant County, Wisconsin, said parcel being described as follows:

Commencing at the E.1/4 corner of said Section 3; thence North 88° 50' 25" West 694.60 feet along the East-West Quarter line of said Section 3 to the point of beginning; thence North 01° 36' 07" East 480.00 feet along the West line of that property surveyed by Larry Austin dated 6-7-96; thence North 87° 13' 11" West 634.96 feet; thence North 02° 55' 50" East 8.69 feet; thence South 89° 58' 28" West 372.41 feet; thence North 85° 43' 07" West 883.85 feet; thence North 23° 08' 18" West 329.75 feet; thence North 87° 38' 37" West 351.11 feet to a point on the West line of the East 10 acres of the S.E.1/4 of the N.W.1/4; thence South 01° 50' 17" West 854.99 feet along said West line of the East 10 acres of the S.E.1/4 of the N.W. 1/4 to the Southwest corner thereof; thence South 88° 50' 25" East 2382.45 feet along the East-West line of said Section 3 to the point of beginning.

Tax Parcel Nos.

052-00042-0000
052-00043-0000
052-00044-0000
052-00045-0000
052-00053-0000

Legal Description
8166T

The East Half (E. 1/2) of the Southwest Quarter (S.W. 1/4) and the Southwest Quarter (S.W. 1/4) of the Southwest Quarter (S.W.1/4) of Section Two (2), Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

Tax Parcel Nos.

     052-00034-0000
     052-Q0036-0000
     052-00037-0000

Legal Description
8167T

The West Half (W.1/2) of the Northwest Quarter (N.W.1/4) of Section Fourteen (14); the South Half (S. 1/2) of the Southwest Quarter (S.W.1/4) and the Northwest Quarter (N.W. 1/4) of the Southwest Quarter (S.W.1/4) of Section Eleven (11), all in Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

EXCEPT a parcel of land located in the N.W. 1/4 of the S.W. 1/4 of Section 11, T3N, R3W, Potosi Township, Grant County, Wisconsin, as described as Lot 1 in Certified Survey Map No. 804 recorded in the office of the Register of Deeds for Grant County, Wisconsin, in Volume 6 of Certified Survey Maps on Page 193, Document #631636.

EXCEPT a parcel of land conveyed to Carl D. Crapp by Warranty Deed recorded in Volume 976 of Records, page 294 described as follows:

Part of the N.W.1/4 of the S.W. 1/4 of Section 11, T3N, R3W of the 4th P.M., Potosi Township, Grant County, Wisconsin, containing 3.12 acres, more or less, and being described as follows:

Commencing at the W. 1/4 corner of said Section 11; thence South 00° 04' 46" West 588.40 feet along the West line of said Section to the point of beginning; thence South 00° 04' 46" West 285.73 feet along the West line of said Section; thence North 83° 17' 52" East 296.21 feet; thence South 89° 00' 12" East 320.60 feet; thence North 03° 48' 06" East 173.00 feet; thence North 82° 20' 41" West 631.43 feet to the point of beginning.

Tax Parcel Nos.

      052-00223-0000
      052-00224-0000
      052-00225-0000
      052-00290-0000
      052-00291-0000

Legal Description
8776T

The West Half (W.1/2) of the Northwest Quarter (N.W.1/4) and the Northwest Quarter (N.W.1/4) of the Southwest Quarter (S.W. 1/4) of Section Two (2); also the Northeast Quarter (N.E. 1/4) of the Northwest Quarter (N.W. 1/4) of Section Three (3), all in Township Three (3) North, Range Three (3) West of the

4th P.M., Grant County, Wisconsin.

EXCEPT a parcel of land located in the W. 1/2 of Section 2 T3N, R3W of the 4th P.M., Grant County, Wisconsin described as follows:

Commencing at the West Quarter corner of said Section 2, said corner being the point of beginning; thence North 01° 36' 07" East 2004.41 feet along the West line of said Section 2; thence South 88° 36' 49" East 425.83 feet; thence South 01° 01' 13" West 582.24 feet;
thence South 27° 22' 53" East 252.85 feet; thence South 05° 09' 08" West 132.32 feet;
thence South 31° 48' 54" West 421.06 feet; thence South 11° 59' 09" West 305.06 feet;
thence South 01° 23' 48" West 557.90 feet; thence South 88° 36' 30" East 858.39 feet; thence South 56° 26' 07" East 220.38 feet to the East line of the N.W. 1/4 of the S.W.1/4; thence South 01° 34' 41" West 412.91 feet along said East line; thence North 88° 07' 12" West 1326.72 feet to the West line of said Section 2; thence North 01° 36' 07" East
671.25 feet along said West line to the point of beginning.

Tax Parcel Nos.

      052-00031-0000
      052-00032-0000
      052-0003 5-0000
      052-00047-0000

Legal Description
8870TR

A parcel of land located in the Northwest Quarter (N.W.1/4) of the Northwest Quarter (N.W. 1/4), the Southwest Quarter (S.W.1/4) of the Northwest Quarter (N.W. 1/4), the Northwest Quarter (N.W. 1/4) of the Southwest Quarter (S.W.1/4) and the Southwest Quarter (S.W.1/4) of the Southwest Quarter (S.W.1/4) of Section Twenty-three (23), Township Three (3) North, Range Three (3) West of the 4th P.M., Potosi Township Grant County, Wisconsin, described as follows:

Commencing at the West Quarter corner of said Section, said corner being the point of beginning; thence South 00° 04' 41" East 1982.07 feet along the West line of said Section to the Southwest corner of the N. 1/2 of the S.W. 1/4 of the S.W. 1/4 thereof; thence South 89° 03' 03" East 1336.20 feet along the South line of the N. 1/2 of the S.W.1/4 of said S.W.1/4 to the Southeast corner thereof; thence North 00° 02' 00" East 1992.00 feet along the East line of the W.1/2 of said S.W. 1/4 to the Northeast corner thereof; thence North 89° 28' 41" West 18.69 feet along the North line of the N.W. 1/4 of the S.W.1/4 of said Section to the Southeast corner of that .property as described in Parcel 2 of Volume I 088, Page 757, recorded as Document #685369, Grant County Registry; thence North 00° 08' 46" East 1288.54 feet along the East line of said property described in Volume 1088, Page 757 to the Northeast corner thereof; thence North 83° 38' 32" West 1329.08 feet along the North line of said property described in Volume 1088, Page 757 to the Northwest corner thereof; thence South 00° 08' 38" West 1423.68 feet along the West line of said Section 23 to the point of beginning.

Tax Parcel ID Nos.

052-00488-0010
052-00487-0010
052-00491-0000
052-00492-0000

Legal Description
10977T

The Southwest Quarter (S.W.1/4) of Section Thirty-one (31), EXCEPTING therefrom lands used for cemetery purposes described as follows, to-wit: Beginning at a point on the West boundary line of said Section 31, which is 3.59 chains South from the Quarter post on the West side of said Section (var. 11°); thence East 12½ rods; thence South 16 rods; thence West 12½ rods to the West boundary line of said Section; thence North 16 rods on said Section line to the place of beginning.

Also including that part of the South Half (S. 1/2) of the Northwest Quarter (N.W.1/4) of said Section 31 described as follows, to-wit:

Beginning at the center of said Section 31; thence West 160 rods, more or less, to the West line of said Section; thence North 53 rods 7 links; thence East 40 rods; thence North 10.56 inches; thence East 120 rods, more or less, to a point 53 1/3 rods North of the place of beginning; thence South to the place of beginning.

All of said lands being in Township Four (4) North, Range Three (3) West of the 4th P.M., Grant

County, Wisconsin.

EXCEPTING therefrom lands described in Warranty Deed recorded in the office of the Register of Deeds for Grant County, Wisconsin, in Volume 448 of Records, Page 335, as Document No. 417727.

Also EXCEPTING therefrom the lands described in Quit Claim Deed recorded in said Register's office in Volume 771 of Records, Page 269, as Document No. 585521.

Also EXCEPTING therefrom the lands described in Warranty Deed recorded in said Register's office in Volume 834 of Records, Page 818, as Document No. 612843.

Tax Parcel Nos.

     056-00698-0000
     056-00700-0000
     056-00702-0000
     056-00703-0000
     056-00706-0000
     056-00708-0000

Legal Description
11143T

TRACT 4 DESCRIPTION:

Part of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) and the Northwest Quarter (NW 1/4) of the Southeast Quarter (SE 1/4) of Section Thirteen (13), Township Three (3) North, Range Three (3) West of the 4th P.M., Potosi Township, Grant County, Wisconsin described as follows:

Commencing at the East Quarter corner of said Section 13; thence North 89° 48' 31" West 1363.50 feet along the East-West Quarter line of said Section; thence South 81° 23' 38" West 428.33 feet to a 3/4" diameter rebar marking the point of beginning; thence North 06° 23' 46" West 128.43 feet along a line of a previous survey by Larry Austin dated February 24, 1998 to a 3/4" diameter rebar; thence North 81° 42' 50" West 248.01 feet along a line of said survey to a 3/4" diameter rebar; thence North 16° 51' 28" West 164.34 feet along a line of said survey to a 3/4" diameter rebar; thence South 60° 16' 21" West 206.87 feet along a line of said survey to a 3/4" diameter rebar; thence South 00° 48' 22" East 291.19 feet to the Northerly right of way of County Highway "B"; thence North 81° 23' 38" East 488.44 feet along said right of way to the point of beginning.

TRACT 5 DESCRIPTION:

Part of the Southeast Quarter (SE 1/4) of the Northwest Quarter (NW 1/4) and the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of Section Thirteen (13), Township Three (3) North, Range Three (3) West of the 4th P.M., Potosi Township, Grant County, Wisconsin, described as follows:

Commencing at the East Quarter corner of said Section 13; thence North 89° 48' 31" West 1363.50 feet along the East-West Quarter line of said Section; thence South 81° 23' 38" West 428.33 feet to a 3/4" diameter rebar; thence North 06° 23' 46" West 128.43 feet along a line of a previous survey by Larry Austin dated February 24, 1998 to a 3/4" diameter rebar; thence North 81° 42' 50" West 248.01 feet along a line of said survey to a 3/4" diameter rebar; thence North 16° 51' 28" West 164.34 feet along a line of said survey to a 3/4" diameter rebar; thence South 60° 16' 21" West 206.87 feet along a line of said survey to a 3/4" diameter rebar; thence North 30° 32' 17" West 210.96 feet along a line of said survey to a 3/4" diameter rebar marking the point of beginning; thence North 30° 32' 17" West 435.66 feet along a line of said survey to a 3/4" diameter rebar; thence North 64° 14' 32" West 365.25 feet along a line of said survey to a 3/4" diameter rebar; thence South 85° 18' 55" West 572.09 feet along a line of said survey to a 3/4" diameter rebar; thence South 00° 38' 12" West 553.19 feet along a line of said survey to a 3/4" diameter rebar; thence North 86° 39' 05" East 267.54 feet; thence North 86° 39' 05" East 861.03 feet to the point of beginning.

Tax Parcel Nos.

    052-00257-0000
    052-0277-0000

Legal Description 12954TR

A triangular piece of approximately .5 acres situated in the Northeast corner of the South Half (S. 1/2) of the Southeast Quarter (S.E.1/4) of the Northeast Quarter (N.E. 1/4) of Section One (1), Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

Also including the North Half (N. 1/2) of the Northeast Quarter (N.E. 1/4); the North Half (N.1/2) of the Southwest Quarter (S.W.1/4) of the Northeast Quarter (N.E.1/4); the North Half (N.1/2) of the Southeast Quarter (S.E.1/4) of the Northeast Quarter (N.E.1/4), all in Section One (1), Township Three (3) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

Also including the West Half (W.1/2) of the Northwest Quarter (N.W. 1/4) and 24 acres off the West side of the East Half (E. 1/2) of the Northwest Quarter (N.W.1/4) of Section Six (6), Township Three (3) North, Range Two (2) West of the 4th P.M., Grant County, Wisconsin. Also including 20 acres off the South side of the Southeast Quarter (S.E. 1/4) of Section Thirty-six (36), being that part thereof lying South of the public highway in Township Four (4) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

EXCEPTING THEREFROM a triangular parcel approximately .5 acres in area located in the Southwest corner of the West Half (W.1/2) of the Northwest Quarter (N.W. 1/4) of Section Six (6), Township Three (3) North, Range Two (2) West of the 4th P.M., Grant County, Wisconsin.

Also including a triangular parcel in the Southwest corner of the Southwest Quarter (S.W. 1/4) of Section Thirty-one (31), Township Four (4) North, Range Two (2) West of the 4th P.M. Grant County, Wisconsin, lying South of the public highway.

Tax Parcel Nos.

| | |
|---|---|
| 020-00117-0000 | 052-00002-0000 |
| 020-00118-0000 | 052-00003-0000 |
| 020-00119-0000 | 052-00005-0000 |
| 020-00120-0000 | 052-00006-0010 |
| 014-00674-0010 | 056-00824-0000 |
| 052-00001-0000 | 056-00825-0000 |

Legal Description
13267T

The Northeast Quarter (N.E. 1/4) of Section Twenty-three (23), Township Four (4) North, Range Three (3) West of the 4th P.M., Grant County, Wisconsin.

EXCEPTING therefrom a parcel of land conveyed to the State of Wisconsin, Department of Transportation by Warranty Deed recorded in Volume 666 of Records, page 982, as Document No. 536599.

Tax Parcel Nos.

      056-00522-0000
      056-00523-0000
      056-00524-0000
      056-00521-0000

Legal Description
13837T


Part of the Northeast Quarter (N.E.1/4) of the Northeast Quarter (N.E.1/4) of Section Two (2), Township Four (4) North, Range Five (5) West of the 4th P.M., Beetown Township, Grant County, Wisconsin, described as follows:

Commencing at the Northeast corner of said Section 2, being the point of beginning; thence South 02° 37' 53" East 628.60 feet along the East line of said Section; thence South 89° 28' 25" West 356.02 feet; thence South 00° 16' 20" East 317.59 feet; thence
South 24° 13' 17" East 281.51 feet; thence South 05° 46' 06" East 305.84 feet to a point on the South line of the N.E. 1/4 of the N.E. 1/4 of said Section 2; thence South 89° 49' 58" West 1076.19 feet along said South line to the Southwest corner thereof; thence North 02° 39' 53" West 1513.03 feet along the West line of the N.E. 1/4 of the
N.E. l/4 of said Section 2 to the Northwest corner thereof; thence North 89° 55' 58" East 1325.95 feet along the North line of said Section 2 to the point of beginning.

Tax Parcel No.

002-00922-0010

*Schedule A/B – Exhibit B*

**Crapp Farms**
**Fixed Asset Balances**

| Fixed Asset | Serial Number | Purchase Date | Sold Date | Ending Fair Market |
|---|---|---|---|---|
| **Machinery & Equipment** | | | | |
| **Livestock Equipment** | | | | |
| Winkel Portable Loading Chute | | 6/1/1999 | 1/31/2017 | 1,500.00 |
| Cattle Chute Wooden | | 10/15/2001 | 1/31/2017 | 0.00 |
| 1993 Wilson Stock Trl #5071 | | 11/10/2002 | | 7,500.00 |
| NH 195 Spreader Tandem Axle | | 3/29/2005 | 1/31/2017 | 3,500.00 |
| Y-Sort w/Wedge Panel | | 9/20/2005 | | 3,105.00 |
| 2 Refrigerators | | 10/20/2005 | | 920.00 |
| JD 7200 Tractor | | 2/8/2006 | | 40,000.00 |
| NH 195 Manure Spreader | | 11/30/2006 | | 6,500.00 |
| 2007 Hog Waterers | | 2/28/2007 | 1/31/2017 | 0.00 |
| Caterpiller 906 Wheel Loader | | 8/14/2007 | 1/31/2017 | 35,000.00 |
| H&S 560 Manure Sprader | | 1/25/2013 | 1/31/2017 | 6,500.00 |
| Big Valley Chute w/Head Gate | | 12/31/2013 | 1/31/2017 | 0.00 |
| 2007 Cattle Feed Bunks | | 12/31/2013 | | 60,523.00 |
| Blower Bunk Cleaner | | 12/31/2013 | 1/31/2017 | 1,500.00 |
| 7,400 Gal Jamesway-LVST | | 12/31/2013 | 1/31/2017 | 40,000.00 |
| Diller 8000 Gal Manure Tank | | 12/31/2013 | | 50,000.00 |
| Dryhill Pit Pumper | | 1/2/2015 | 1/31/2017 | 8,500.00 |
| Vermeer Bale Processor-1 | | 1/9/2015 | 1/31/2017 | 20,000.00 |
| Bowman Hydraulic Chute | | 1/20/2015 | 1/31/2017 | 2,000.00 |
| Murray XHD2 Scale | | 4/13/2015 | | 1,500.00 |
| 2 Palco Ctl Working Tubs & Chu | | 7/21/2015 | | 5,000.00 |
| | | | **Livestock Equipment Totals** | **$293,548.00** |
| **1503 Machinery & Equipment** | | | | |
| 4 CH Radio/Converter | | 6/15/2003 | | 715.00 |
| Dump Wagon w/JD 1065 A Gear | | 12/1/2003 | | 1,000.00 |
| GPS for Sprayer | | 3/20/2004 | | 2,700.00 |
| 10 Bulk Bins | | 4/10/2004 | | 5,000.00 |
| HD 10 Shaver Post Driver | | 7/29/2004 | | 2,000.00 |
| Power Washer | | 9/10/2004 | | 1,000.00 |
| JD 567 Baler | | 10/7/2005 | 1/31/2017 | 12,000.00 |
| Generator | | 10/12/2005 | | 850.00 |
| 4 Wheeler Trailer | | 2/8/2006 | | 1,672.00 |
| JD 740 Loader | | 2/8/2006 | 1/31/2017 | 8,500.00 |
| Power Washer | | 3/14/2006 | | 1,000.00 |
| H&S 12 Wheel Bifold Rake-1 | | 6/15/2006 | 1/31/2017 | 2,500.00 |
| 2006 H&S Bale Trailer | | 11/5/2006 | | 3,575.00 |
| Sunflower Tandem Disc | | 11/21/2006 | 7/24/2015 | 0.00 |
| Power Washer Trailer | | 11/30/2006 | | 1,500.00 |
| Woods Batwing Mower | | 11/30/2006 | | 5,000.00 |
| Bulk Bin | | 2/21/2007 | | 800.00 |
| H&S Chopper Box | | 4/1/2007 | | 15,000.00 |
| 2007 JD Greenstar GPS 3 | | 4/26/2007 | 1/31/2017 | 15,000.00 |
| 2007 16' Utility Auger | | 7/27/2007 | | 3,688.00 |
| 2007 Drive Over Pit | | 8/1/2007 | 1/31/2017 | 2,000.00 |
| Log Splitter - Gassers | | 1/16/2008 | | 1,000.00 |
| Diesel Fuel Tank | | 4/1/2008 | | 0.00 |
| Planter Row Cleaners | | 5/1/2008 | | 0.00 |
| Miller 252 Welder | | 5/15/2008 | | 3,010.00 |
| JD 8430 Tractor | | 5/15/2008 | 1/31/2017 | 115,000.00 |
| Machine Overhauls 08 | | 7/1/2008 | | 49,353.43 |
| 60' Grain Leg | | 7/1/2008 | | 3,000.00 |

2/25/2017
6:55 PM

**Crapp Farms**
**Fixed Asset Balances**

| Fixed Asset | Serial Number | Purchase Date | Sold Date | Ending Fair Market |
|---|---|---|---|---|
| **Machinery & Equipment** | | | | |
| **1503 Machinery & Equipment** | | | | |
| 2006 Rice Lake Scale | | 8/15/2008 | | 23,000.00 |
| 2008 Grain Drive Over Pit | | 9/15/2008 | 1/31/2017 | 10,000.00 |
| 1990 Transcraft Trailer #4355 | | 10/15/2008 | | 0.00 |
| Cat 4 in 1 Bucket | | 2/19/2009 | | 4,700.00 |
| Westfield 13x21 Auger Utility | | 3/19/2009 | | 0.00 |
| Harvestore Roller Mill | | 4/21/2009 | 1/31/2017 | 1,500.00 |
| Machine Overhauls 09 | | 8/18/2009 | | 28,467.48 |
| Freisen Seed Tender Attachment | | 1/1/2010 | | 10,000.00 |
| Well Pump | | 1/1/2010 | | 5,342.75 |
| Log Splitter | | 1/1/2010 | | 1,584.00 |
| Model 2020 Sentry Pac Chassis | | 1/1/2010 | | 6,764.07 |
| Red Ball Fertilizer Applicator | | 2/18/2010 | | 1,800.00 |
| Saddle Tanks | | 3/1/2010 | 1/31/2017 | 1,000.00 |
| Planting Technology | | 4/15/2010 | 1/31/2017 | 15,000.00 |
| Westfield 10x31 Transport Auge | | 5/18/2010 | | 3,500.00 |
| 1,250 Gal Poly Nurse Tank | | 5/31/2010 | | 3,500.00 |
| Machine Overhauls 10 | | 7/1/2010 | | 45,903.42 |
| 40 Ton Freisland Bin-3 | | 8/24/2010 | | 4,000.00 |
| Freisen Seed Tenders - 2 - B&E | | 11/23/2010 | | 14,500.00 |
| H&S BW 1000 Bale Wrapper | | 12/6/2010 | 1/31/2017 | 10,000.00 |
| 300 Gal Fuel Tank | | 4/12/2011 | | 749.38 |
| Lawn Mower - X540 | | 6/2/2011 | 1/31/2017 | 2,000.00 |
| Power Washer - Mel's | | 6/30/2011 | | 1,000.00 |
| Friesen 40 Ton Overhead Tank-1 | | 9/1/2011 | 1/31/2017 | 30,000.00 |
| Alamo AL60 Rotary Cutter | | 9/2/2011 | | 500.00 |
| CaseIH 330 34' Tandem Tiller | | 12/26/2011 | 1/31/2017 | 25,000.00 |
| Summitt Software Tech | | 2/8/2012 | | 4,291.50 |
| Friesen 40 Ton Overhead Tank-2 | | 2/15/2012 | | 0.00 |
| Mill Lathe & Stand | | 2/24/2012 | | 4,888.00 |
| Overhead Heater | | 2/28/2012 | | 6,028.80 |
| 2012 Rice Lake 70x12 Scale | | 3/22/2012 | 1/31/2017 | 50,000.00 |
| Brent 1194 Grain Cart-2 | | 4/25/2012 | 1/31/2017 | 35,000.00 |
| 20' ValMetal Harvestore Auger | | 5/3/2012 | 1/31/2017 | 2,500.00 |
| 70' Auger | | 6/30/2012 | 1/31/2017 | 3,500.00 |
| Machine Overhauls 12 | | 8/15/2012 | | 82,912.27 |
| Case 8230 Combine | | 9/8/2012 | 1/31/2017 | 145,000.00 |
| Horst 30' Header Cart | | 9/8/2012 | | 5,500.00 |
| Thor Conveyair Vacuum 6006 | | 9/28/2012 | | 7,500.00 |
| CaseIH 210 MFD Tractor | | 9/28/2012 | 1/31/2017 | 60,000.00 |
| Thundercreek 990 Gal Fuel Trl | | 9/28/2012 | | 17,450.00 |
| Case 770 Loader | | 9/28/2012 | | 7,500.00 |
| CaseIH 330 42' Disk Ripper | | 10/26/2012 | 1/31/2017 | 60,000.00 |
| Air Jack - 30 Ton | | 11/23/2012 | | 3,000.00 |
| CaseIH 450 Quad Tractor | | 12/28/2012 | | 312,000.00 |
| Case IH 870-11 Disk Ripper | | 12/28/2012 | 1/31/2017 | 60,000.00 |
| Brent 1194 Grain Cart-4 | | 1/3/2013 | 1/31/2017 | 35,000.00 |
| Brent 1194 Grain Cart-3 | | 1/3/2013 | 1/31/2017 | 35,000.00 |
| 3,300 Gal Chemical Tank | | 1/23/2013 | 1/31/2017 | 12,000.00 |
| 3 Containment Tanks | | 2/27/2013 | | 2,694.22 |
| H&S 12 Wheel Bifold Rake-2 | | 3/20/2013 | | 9,450.00 |
| Case 8230 Combine-3 | | 3/25/2013 | 1/31/2017 | 145,000.00 |
| Case 8230 Combine-2 | | 3/25/2013 | | 145,000.00 |
| Horst 45' Header Cart | | 3/25/2013 | | 7,500.00 |
| Horst 30' Header Cart | | 3/25/2013 | | 5,500.00 |
| Horst 30' Header Cart | | 3/25/2013 | | 5,500.00 |
| 2012 H&S Utility 7x12 Trailer | | 4/2/2013 | | 2,400.00 |
| JD 1770 24-Row Planter-132 | | 4/16/2013 | 1/31/2017 | 150,000.00 |
| JD 1770 24-Row Planter-13 | | 4/16/2013 | 1/31/2017 | 150,000.00 |
| CaseIH SP Windrower/Header | | 5/28/2013 | 1/31/2017 | 60,000.00 |
| NorthStar Skid Sprayer-200 Gal | | 5/28/2013 | | 2,953.99 |
| Case IH SP Haybine Head | | 5/28/2013 | | 27,500.00 |
| Hog Floor Mats | | 5/29/2013 | | 4,518.96 |
| Hand Made Bale Trailer | | 6/3/2013 | | 700.00 |
| 2013 Cust Blt Gooseneck 8004 | | 6/18/2013 | 1/31/2017 | 5,000.00 |

**Crapp Farms**
## Fixed Asset Balances

| Fixed Asset | Serial Number | Purchase Date | Sold Date | Ending Fair Market |
|---|---|---|---|---|
| **Machinery & Equipment** | | | | |
| **1503 Machinery & Equipment** | | | | |
| CaseIH 160 PUMA Tractor | | 6/28/2013 | | 107,500.00 |
| Lawn Mower - X320 - Bln Site | | 7/1/2013 | | 2,215.50 |
| MC Tower Corn Dryer | | 7/1/2013 | 1/31/2017 | 60,000.00 |
| Blackmer On-Road Diesel Pump | | 7/2/2013 | | 33,091.88 |
| Case 8230 Combine-5 | | 8/22/2013 | 1/31/2017 | 150,000.00 |
| Horst 30' Header Cart | | 8/22/2013 | | 5,250.00 |
| Brent 1196 Grain Cart-2 | | 8/22/2013 | 1/31/2017 | 35,000.00 |
| Hydraulic Broom-Skid Loader | A174B | 8/29/2013 | | 3,200.00 |
| JD 1560 Drill w/Dolly Wheel & | | 9/20/2013 | 1/31/2017 | 20,000.00 |
| DEF Tanks-2 | | 10/1/2013 | | 3,033.00 |
| 80' 1990 Telescopic Boom Lift | | 11/1/2013 | | 19,000.00 |
| Elk Creek Impl Trlr #23B4 | | 11/22/2013 | | 9,000.00 |
| Bobcat 5250 Skid Str 6933 | | 12/4/2013 | 1/31/2017 | 15,000.00 |
| 5650 Bobcat Blade 108 | | 12/26/2013 | | 4,650.00 |
| Bobcat 5650 Forks | | 12/26/2013 | | 800.00 |
| Bobcat 5650 Blade 96 | | 12/26/2013 | | 4,150.00 |
| Bobcat 5650 Auger | | 12/26/2013 | | 4,400.00 |
| Farmall H | | 12/31/2013 | | 2,000.00 |
| Welder Systematic Wire | | 12/31/2013 | | 2,500.00 |
| Welding Cables | | 12/31/2013 | | 300.00 |
| 3 Power Washers | | 12/31/2013 | | 2,000.00 |
| 1995 JJN 25' Flatbed#1610 | | 12/31/2013 | | 3,000.00 |
| 16' Bumper Hitch Skid Steer Tr | | 12/31/2013 | | 1,500.00 |
| JD 4440 Tractor Quick Coupler | | 12/31/2013 | 1/31/2017 | 18,000.00 |
| JD 425 Mower Tractor | | 12/31/2013 | 1/31/2017 | 3,000.00 |
| CaseIH 400-D Tractor | | 12/31/2013 | | 4,500.00 |
| CaseIH 340 Tractor | | 12/31/2013 | 1/31/2017 | 160,000.00 |
| JD 7510 Tractor w/Loader | | 12/31/2013 | 1/31/2017 | 50,000.00 |
| CNH 330 47' Turbo Tiller | | 12/31/2013 | 1/31/2017 | 65,000.00 |
| Tile Lines | | 12/31/2013 | | 420.38 |
| Frelsen Belt Tender | | 12/31/2013 | 1/31/2017 | 8,000.00 |
| Security System | | 12/31/2013 | 1/31/2017 | 8,000.00 |
| 30,000 Gal LP Tank | | 12/31/2013 | 1/31/2017 | 30,000.00 |
| Flameshield Fuel Tank | | 12/31/2013 | 1/31/2017 | 25,000.00 |
| 2 Sensaphones | | 12/31/2013 | 1/31/2017 | 0.00 |
| Case IH 870-13 Disk Ripper 61 | | 12/31/2013 | 8/5/2016 | 0.00 |
| DMI 3pt Deep Ripper | | 12/31/2013 | | 5,000.00 |
| JD 3pt Rotary Hoe | | 12/31/2013 | 1/31/2017 | 0.00 |
| 6 Handheld 14 Stationary Radio | | 12/31/2013 | | 8,000.00 |
| 4 UHF Radios | | 12/31/2013 | | 2,860.00 |
| 6 Motorola 2-Way Radios | | 12/31/2013 | | 2,210.00 |
| 5 Motorola 2-Way Radios | | 12/31/2013 | | 5,000.00 |
| Waste Handler Chopper Manure | | 12/31/2013 | 1/31/2017 | 0.00 |
| Hiniker 8' Snowplow for PU | | 12/31/2013 | | 1,000.00 |
| JD 1770 24-Row Planter-134 | | 12/31/2013 | 1/31/2017 | 150,000.00 |
| JD 1770 24-Row Planter-133 | | 12/31/2013 | 1/31/2017 | 150,000.00 |
| Case 1245 Planter | | 12/31/2013 | 1/31/2017 | 80,000.00 |
| Pit Sewer | | 12/31/2013 | | 1,213.10 |
| Drive Over Pit 12' Auger | | 12/31/2013 | | 3,000.00 |
| Drive Over Pit Equipment | | 12/31/2013 | 1/31/2017 | 15,000.00 |
| 5650 Bobcat Skid Str | | 12/31/2013 | 1/31/2017 | 35,000.00 |
| 2006 Snorkel 19' Scissor Lift | | 12/31/2013 | | 4,300.00 |
| GPS Planters/Combines | | 12/31/2013 | 1/31/2017 | 20,000.00 |
| Kohler 100KW Generator | | 12/31/2013 | | 10,000.00 |
| Kohler 125 Generator | | 12/31/2013 | | 31,000.00 |
| Miller-Bobcat Generator Trk M | | 12/31/2013 | | 1,800.00 |
| Great Plains 13'End Wheel Dr | | 12/31/2013 | | 8,500.00 |
| JD 10 Dozer Blade w/8000 | | 12/31/2013 | | 2,500.00 |
| Hiniker No-Till Cultivator | | 12/31/2013 | 1/31/2017 | 0.00 |
| Case 8230 Combine-4 | | 12/31/2013 | 1/31/2017 | 150,000.00 |
| Case 4412 Corn Head 34 | | 12/31/2013 | 1/31/2017 | 45,000.00 |
| Case 4412 Corn Head 33 | | 12/31/2013 | 1/31/2017 | 45,000.00 |
| Case 4412 Corn Head 98 | | 12/31/2013 | 1/31/2017 | 45,000.00 |
| Case 4412 Corn Head 96 | | 12/31/2013 | 1/31/2017 | 45,000.00 |

2/25/2017  
6:55 PM

**Crapp Farms**
**Fixed Asset Balances**

| Fixed Asset | Serial Number | Purchase Date | Sold Date | Ending Fair Market |
|---|---|---|---|---|
| **Machinery & Equipment** | | | | |
| **1503 Machinery & Equipment** | | | | |
| Case 4412 Corn Head 95 | | 12/31/2013 | 1/31/2017 | 45,000.00 |
| Case 2162 40' Flex Draper Head | | 12/31/2013 | 1/31/2017 | 50,000.00 |
| Horst 30' Header Cart | | 12/31/2013 | | 5,500.00 |
| 16' Hog Lift Hydraulic Cart | | 12/31/2013 | 1/31/2017 | 0.00 |
| 2006 Bin Eq/Contruction | | 12/31/2013 | 1/31/2017 | 20,000.00 |
| Westfield Auger | | 12/31/2013 | | 1,945.00 |
| 2-Flex Auger Hopper | | 12/31/2013 | 1/31/2017 | 0.00 |
| 32' Auger | | 12/31/2013 | 1/31/2017 | 0.00 |
| Westfield 10x61 Auger | | 12/31/2013 | | 2,000.00 |
| Feteral 10x60 Auger Hyd Lift | | 12/31/2013 | 1/31/2017 | 1,000.00 |
| Westfield 10x31 Auger w/7.5 | | 12/31/2013 | | 2,500.00 |
| 2-Feteral 10' Hopper Augers | | 12/31/2013 | | 2,000.00 |
| Agro Power Alternator 25KW | | 12/31/2013 | 1/31/2017 | 0.00 |
| Northland Salt Spreader | | 3/17/2014 | | 2,054.02 |
| 2012 Townmaster Drop Deck | | 4/17/2014 | | 6,300.00 |
| DEF Tanks - Hartland Lube | | 4/23/2014 | | 4,784.00 |
| Walking Beam Trailer for Flow | | 5/12/2014 | | 3,500.00 |
| Drainage Plow | | 5/12/2014 | | 17,000.00 |
| CIH 110 30' Crumbler | | 6/3/2014 | 7/24/2015 | 0.00 |
| 1245 Planter Weights | | 6/3/2014 | | 1,000.00 |
| Claas Hayhead PU380HD | | 6/3/2014 | | 20,000.00 |
| Claas RU450 Extra Co | | 6/3/2014 | | 35,000.00 |
| Claas Chopper 870 | | 6/3/2014 | 1/31/2017 | 125,000.00 |
| Claas 2900 Rake | | 8/20/2014 | 1/31/2017 | 15,000.00 |
| Woods Batwing BX1800 15' Mower | | 8/20/2014 | | 16,250.00 |
| Truesight Steering System | | 8/20/2014 | | 5,500.00 |
| Honeyville Sweep & Conveyor | | 10/1/2014 | 1/31/2017 | 50,000.00 |
| Brent 1196 Grain Cart-3 | | 10/18/2014 | 1/31/2017 | 35,000.00 |
| Vermeer Baler 60SN | | 11/15/2014 | 1/31/2017 | 28,000.00 |
| Cutmaster Plasma Unit | | 11/26/2014 | | 2,500.00 |
| 100 HP 3 Phase Fan Motor | | 12/1/2014 | | 7,242.00 |
| Air Compressor | | 2/12/2015 | | 7,600.00 |
| Drainage Plow GPS | | 4/1/2015 | 1/31/2017 | 15,000.00 |
| Liquid Nurse Tank | | 4/20/2015 | | 6,400.00 |
| Generator 4 Tank | | 5/19/2015 | | 894.09 |
| Knowles 15' Head Carrier | | 7/21/2015 | | 1,000.00 |
| Int'l 600 Blower | | 7/21/2015 | | 2,500.00 |
| Dagelman 33' ProTill | | 7/24/2015 | 1/31/2017 | 80,000.00 |
| CIH3162 40' Draper Head | | 7/24/2015 | 1/31/2017 | 40,000.00 |
| Bobcat E55 Excavator | | 7/24/2015 | 1/31/2017 | 45,000.00 |
| CHCF45 Edney Cart | | 7/24/2015 | | 7,750.00 |
| Bowman Hydraulic Chute | | 8/21/2015 | | 3,400.00 |
| Vermeer Bale Processor | | 8/21/2015 | | 0.00 |
| KBH Camel Back Tank | | 8/27/2015 | | 7,000.00 |
| Dryhill Pit Pumper | | 9/26/2015 | | 16,400.00 |
| Pump Pipe Stand | | 11/10/2015 | | 3,200.00 |
| Hawkins Down Corn Reel | | 11/19/2015 | | 9,750.00 |
| 20KW Diesel Generator | | 1/8/2016 | | 23,573.90 |
| Case 875-13 Shank Disc | | 8/5/2016 | 1/31/2017 | 55,000.00 |
| (3) Case GPS AM53 | | 8/5/2016 | | 9,470.00 |
| (2) Case GPS Equip DCM300 | | 8/5/2016 | | 3,180.00 |
| Case GPS Equip NAVII | | 8/5/2016 | | 5,569.00 |
| Case 1635B Skidloader | | 8/16/2016 | | 2,000.00 |
| 2700 Big A Sprayer | | 8/31/2016 | | 6,500.00 |
| Earlage Adapter 492 Chopper | | 8/31/2016 | | 11,750.00 |
| Meyer 4120 Chopper Box #2 | | 8/31/2016 | 1/31/2017 | 15,000.00 |
| Meyer 4120 Chopper Box #1 | | 8/31/2016 | 1/31/2017 | 15,000.00 |
| Knight 3300 TMR Mixer | | 9/27/2016 | | 6,900.00 |
| Feed Bunker | | 10/13/2016 | | 3,702.20 |
| Grain Leg Improvements | | 11/16/2016 | | 37,264.89 |
| 1973 1066 IH Tractor | | 11/30/2016 | | 5,500.00 |
| | | **Machinery & Equipment Totals** | | **$4,855,735.23** |
| **Office Equipment** | | | | |
| 2007 Computer | | 12/31/2013 | | 1,550.00 |

2/25/2017
6:55 PM

**Crapp Farms**
**Fixed Asset Balances**

| Fixed Asset | Serial Number | Purchase Date | Sold Date | Ending Fair Market |
|---|---|---|---|---|
| **Machinery & Equipment** | | | | |
| **Office Equipment** | | | | |
| Redwing Software | | 4/1/2015 | | 5,745.00 |
| Monitor/Router | | 6/8/2015 | | 329.94 |
| Microsoft Office | | 6/8/2015 | | 3,940.05 |
| AMT 733TQ-655B Server | | 6/19/2015 | | 4,397.62 |
| Business Phone System | | 8/7/2015 | | 3,920.96 |
| Internet-Comelec | | 11/27/2015 | | 3,236.63 |
| | | | **Office Equipment Totals** | **$23,120.20** |
| **1502 Trucks & Trailers** | | | | |
| 1995 IH Feed Trk-9T Auger#9213 | | 5/6/2015 | | 15,000.00 |
| 2004 Ranger 4 Wheeler | | 12/19/2005 | | 5,000.00 |
| 1995 IH Feed Truck Rebuild | | 5/5/2006 | | 0.00 |
| 2007 GMC Truck #3592 | | 1/15/2007 | 1/31/2017 | 15,000.00 |
| 2002 Chevy Silverado-#0094 | | 1/15/2007 | 1/31/2017 | 3,500.00 |
| 2001 Int'l 4900 Rotonix #5214 | | 12/26/2011 | 1/31/2017 | 20,000.00 |
| 1992 Int'l Service Truck #0114 | | 4/17/2012 | 1/31/2017 | 25,000.00 |
| 2004 Dodge #5581 | | 6/27/2012 | 1/31/2017 | 0.00 |
| 2012 Chevy Silverado #2650 | | 8/20/2012 | 1/31/2017 | 28,000.00 |
| 2009 Chevy Silverado #5409 | | 10/22/2012 | 1/31/2017 | 15,000.00 |
| 1990 GMC Fuel Truck #8616 | | 11/23/2012 | | 4,000.00 |
| 2003 Chevy Grey #6298 | | 11/23/2012 | | 10,000.00 |
| 1995 IH Straight Truck | | 1/14/2013 | | 2,800.00 |
| 2013 Ranger 4 Wheeler | | 4/2/2013 | 1/31/2017 | 4,000.00 |
| 2005 Chevy Silverado #5379 | | 9/19/2013 | 1/31/2017 | 15,000.00 |
| 1998 Chevy Service Truck #0793 | | 12/31/2013 | | 5,000.00 |
| 2015 Chevy Silverado #1970 | | 12/31/2013 | 1/31/2017 | 35,000.00 |
| 2015 Chevy Silverado #4270 | | 5/15/2015 | 1/31/2017 | 35,000.00 |
| 1997 Ford Cargo Van | | 6/15/2016 | | 2,800.00 |
| | | | **Trucks & Trailers Totals** | **$240,100.00** |
| | | | **Machinery & Equipment Totals** | **$5,412,503.43** |

3/16/2017
11:51 AM

# Crapp Farms Trucking
## Fixed Asset Balances

| Fixed Asset | Serial Number | Purchase Date | Ending Fair Market |
|---|---|---|---|
| **Machinery & Equipment** | | | |
| **1503 Office Equipment** | | | |
| Office Furniture | | 3/5/2011 | 5,152.63 |
| Big Screen | | 5/1/2015 | 4,958.50 |
| Office Equipment Totals | | | **$10,111.13** |
| **1505 Trailers** | | | |
| 83 Walker Tanker #64-7117 | | 2/10/2003 | 10,000.00 |
| 1992 Wabash Tlr #92-3129 | | 6/19/2010 | 5,000.00 |
| 2011 Merritt Hpr #212--0745 | | 9/2/2010 | 32,200.00 |
| 2011 Merritt Trl #211-0735 | | 10/14/2010 | 32,000.00 |
| 2010 Wilson Ctl Trl #233-8586 | | 4/11/2011 | 54,000.00 |
| 2012 Merritt Tlr #123-0991 | | 2/15/2012 | 29,500.00 |
| 2012 Merritt Tlr #124-3034 | | 2/15/2012 | 29,500.00 |
| 2012 Merritt Tlr #122-0990 | | 2/15/2012 | 29,500.00 |
| 2011 Wilson Tlr #239-9287 | | 4/23/2012 | 51,500.00 |
| 2012 Merritt Tlr #125-3035 | | 10/24/2012 | 28,000.00 |
| 2013 Merritt Tlr #134-3262 | | 12/17/2012 | 34,100.00 |
| 2004 Wilson Tlr #004-8677 | | 3/11/2013 | 36,250.00 |
| 2014 Wilson Belt Tlr #213-2726 | | 5/30/2013 | 65,043.00 |
| 2013 Load King Tlr #553-8583 | | 6/18/2013 | 64,685.00 |
| 2014 Merritt Tlr #135-3800 | | 12/9/2013 | 33,500.00 |
| 2012 Merritt Tlr #125-3035 | | 12/9/2013 | 29,900.00 |
| 2014 TrailKing Belt #215-3338 | | 12/23/2013 | 78,000.00 |
| 90 Transcraft Tlr #92 -4355 | | 3/31/2014 | 15,000.00 |
| 2014 Merritt Hopper  3616 | | 4/29/2014 | 31,000.00 |
| 2015 Wilson Patriot Trl -4606 | | 4/30/2014 | 76,300.00 |
| 2015 Trail KIng Belt - 7659 | | 5/6/2015 | 82,470.00 |
| 1999 Beall  Tanker Trailer | | 4/21/2016 | 34,550.00 |
| 2002 Flatbed Trailer | | 6/8/2016 | 11,500.00 |
| Tarps | | 6/21/2016 | 1,250.00 |
| 2002 Wilson Grain Hopper | | 7/21/2016 | 7,500.00 |
| Trailers Totals | | | **$902,248.00** |
| **1507 Trucks** | | | |
| 79 IH Truck #79-4194 | | 4/15/2000 | 13,000.00 |
| 81 Peterbilt Semi #100-2144 | | 11/2/2002 | 10,999.00 |
| 98 Freightliner #98-6099 | | 9/25/2004 | (3,000.00) |
| 87 GMC Semi #87-3911 | | 12/16/2004 | 2,990.00 |
| 87 IH Truck #430-6104 | | 12/19/2005 | 3,500.00 |
| 76 Mack Truck #13-9707 | | 12/20/2006 | 4,000.00 |
| 81 Mack Truck #81M-4703 | | 5/13/2010 | 5,000.00 |
| 97 Freightliner #101-2188 | | 6/19/2010 | 8,500.00 |
| 97 Freightliner #006-6271 | | 9/15/2010 | 9,970.00 |
| 03 Freightliner #03-6775 | | 12/3/2010 | (5,350.36) |
| 81 Mack Truck Box | | 1/1/2011 | 3,000.00 |
| 06 Freightliner #423-6088 | | 2/15/2012 | 35,000.00 |
| 06 Freightliner #223-6092 | | 2/15/2012 | 38,900.00 |
| 91 Peterbilt #91 -2340 | | 12/31/2012 | 12,000.00 |
| 07 Freightliner #777-5742 | | 10/15/2013 | 40,000.00 |
| 13 Overhaul #423-6088 | | 10/15/2013 | 15,321.14 |
| 91 Mack Dump #17-8848 | | 6/9/2014 | 17,500.00 |
| 95 Mack Dump #18-5153 | | 6/9/2014 | 20,500.00 |
| ELog Equipment | | 5/12/2016 | 10,484.99 |
| Yard Truck | | 7/22/2016 | 3,000.00 |
| Yard Truck | | 7/22/2016 | 5,000.00 |
| Trucks Totals | | | **$250,314.77** |
| Machinery & Equipment Totals | | | **$1,162,673.90** |
| Report Totals | | | **$1,162,673.90** |
| Records included in total = 48 | | | |

3/16/2017        **Crapp Excavating**       

11:54 AM

## **Fixed Asset Balances**

| Fixed Asset | Serial Number | Purchase Date | Ending Fair Market |
|---|---|---|---|
| **Machinery & Equipment** | | | |
| **1501 Excavators** | | | |
| 2011 Overhaul 320L | | 7/1/2011 | 8,000.00 |
| 320L Buyout | | 5/28/2013 | 50,000.00 |
| 2013 Overhaul 320L | | 6/17/2013 | 10,295.00 |
| SwingDrive - 320L | | 4/18/2016 | 30,000.00 |
| | | **Excavators Totals** | **$98,295.00** |
| **1503 Machinery & Equipment** | | | |
| Overhauls 2011 | | 7/1/2011 | 10,245.69 |
| 21" Bucket with teeth | | 9/28/2011 | 2,000.00 |
| 48" Cat Bucket | | 3/7/2012 | 7,500.00 |
| Cat D6RIIXW Dozer #63 | | 5/3/2012 | 100,000.00 |
| 78" Cat Bucket | | 11/4/2012 | 2,500.00 |
| D6H #36 cab | | 2/6/2013 | 10,500.00 |
| Overhaul #63 Dozer | | 2/25/2013 | 27,689.40 |
| Overhaul #36 Dozer | | 4/8/2013 | 24,523.00 |
| #36 Dozer Overhaul | | 4/8/2013 | 30,862.45 |
| 84" Rock Bucket | | 4/19/2013 | 2,000.00 |
| Demolition Ball | | 9/3/2013 | 3,000.00 |
| Sheep's Foot | | 2/5/2014 | 2,500.00 |
| Klondyke Track Pin Press | | 3/1/2014 | 5,000.00 |
| Cat D6N LGP Dozer | | 3/12/2014 | 95,000.00 |
| Overhaul Cat 325C | | 4/25/2014 | 24,478.73 |
| #22 Overhaul 2015 | | 3/15/2015 | 35,243.19 |
| 2012 Jumping Jack | | 6/1/2015 | 2,500.00 |
| 2003 GMC 3500 SIERRA SLE 2086 | 1G1JK39U73E132086 | 8/21/2015 | 2,000.00 |
| #86 Transmission | | 11/20/2015 | 1,582.50 |
| Tilt Cylinder Cat-D6N | | 3/22/2016 | 4,000.00 |
| (2) SPLR50 Receivers with Mast | B5t12340 and 003582 | 4/15/2016 | 8,500.00 |
| Cat 621 Scraper | 0NSN00621 | 4/15/2016 | 20,000.00 |
| Cat D6T LGP DS Tractor | | 5/17/2016 | 170,618.00 |
| 8' Training Boot | | 5/26/2016 | 2,110.00 |
| Final Drive Cat-D6R | | 6/28/2016 | 20,786.14 |
| 770 IH Offset Disc | | 7/29/2016 | 275.00 |
| 770 IH Offset Disc | | 7/29/2016 | 5,000.00 |
| Final Drive - Cat-D6H | | 8/17/2016 | 18,723.61 |
| Final Drive - Cat D6T | | 10/24/2016 | 0.00 |
| | | **Machinery & Equipment Totals** | **$639,137.71** |
| **1504 Office Equipment** | | | |
| 2015 Computer | | 8/10/2015 | 1,000.56 |
| | | **Office Equipment Totals** | **$1,000.56** |
| **1502 Trucks and Trailers** | | | |
| Tiler Stringer Trailer | | 12/29/2011 | 6,000.00 |
| Volvo Articulating Dump Truck | | 12/31/2011 | 42,833.00 |
| 7x16 Bump Flatbed Trailer | | 12/6/2012 | 5,466.00 |
| Cat D250E #38Articulated Truck | | 3/12/2014 | 86,851.85 |
| Overhaul #38 Articulated Truck | | 8/25/2014 | 13,841.04 |
| | | **Trucks and Trailers Totals** | **$154,991.89** |
| | | **Machinery & Equipment Totals** | **$893,425.16** |
| **Other Purchased Inventory** | | | |
| **Culvert Inventory** | | | |
| 36" X 20' DUAL WALL BELL PIPE | | 1/1/1980 | 2,080.00 |
| ES 24" STRAP | | 1/1/1980 | 36.00 |
| ES 18" STRAP | | 1/1/1980 | 30.00 |
| ES 15" STRAP | | 1/1/1980 | 24.00 |
| ES 12" STRAP | | 1/1/1980 | 18.00 |
| 24" X 20' DUAL WALL BELL PIPE | | 1/1/1980 | 4,986.00 |
| 18" x 04' STEEL CULVERT | | 1/1/1980 | 37.64 |
| 48" STEEL BAND 1' WIDE | | 1/1/1980 | 256.14 |
| 36" X 20' STEEL CULVERT | | 1/1/1980 | 1,054.00 |
| 36" X 10' STEEL CULVERT | | 1/1/1980 | 281.70 |
| 36" STEEL BAND 1' WIDE | | 1/1/1980 | 253.56 |
| 24" X 26' STEEL CULVERT | | 1/1/1980 | 699.40 |
| 24" X 24' STEEL CULVERT | | 1/1/1980 | 645.60 |

**Crapp Excavating**
## Fixed Asset Balances

| Fixed Asset | Serial Number | Purchase Date | Ending Fair Market |
|---|---|---|---|
| **Other Purchased Inventory** | | | |
| **Culvert Inventory** | | | |
| 24" X 20' STEEL CULVERT | | 1/1/1980 | 1,391.00 |
| 24" X 10' STEEL CULVERT | | 1/1/1980 | 556.40 |
| 24" STEEL END SECTION | | 1/1/1980 | 412.15 |
| 24" STEEL BAND 1' WIDE | | 1/1/1980 | 146.02 |
| 18" X 26' STEEL CULVERT | | 1/1/1980 | 285.48 |
| 18" X 24' STEEL CULVERT | | 1/1/1980 | 263.52 |
| 18" X 20' DUAL WALL BELL PIPE | | 1/1/1980 | 3,788.78 |
| 18" X 20' STEEL CULVERT | | 1/1/1980 | 1,699.20 |
| 18" X 10' STEEL CULVERT | | 1/1/1980 | 329.40 |
| 18" END SECTION | | 1/1/1980 | 123.50 |
| 18" STEEL END SECTION | | 1/1/1980 | 281.88 |
| 18" STEEL BAND 1' WIDE | | 1/1/1980 | 164.70 |
| 15" X 26' STEEL CULVERT | | 1/1/1980 | 232.44 |
| 15" X 24' STEEL CULVERT | | 1/1/1980 | 408.00 |
| 15" X 20' DUAL WALL BELL PIPE | | 1/1/1980 | 1,056.00 |
| 15" X 20' STEEL CULVERT | | 1/1/1980 | 878.00 |
| 15" X 10' STEEL CULVERT | | 1/1/1980 | 352.00 |
| 15" STEEL END SECTION | | 1/1/1980 | 256.02 |
| 15" STEEL BAND 1' WIDE | | 1/1/1980 | 210.72 |
| 12" X 20' DUAL WALL BELL PIPE | | 1/1/1980 | 1,012.00 |
| 12" X 20' STEEL CULVERT | | 1/1/1980 | 439.20 |
| 12" x 10' STEEL CULVERT | | 1/1/1980 | 73.20 |
| 12" END SECTION | | 1/1/1980 | 91.90 |
| 12" STEEL END SECTION | | 1/1/1980 | 171.08 |
| 12" STEEL BAND 1' WIDE | | 1/1/1980 | 83.30 |
| | | **Culvert Inventory Totals** | **$25,107.93** |
| **Drainage Tile** | | | |
| 6" Hickenbottom | | 1/1/1980 | (25.00) |
| 6" RODENT GUARD | | 1/1/1980 | (6.32) |
| BLACK TILE TAPE | | 1/1/1980 | (11.24) |
| 6" INTERNAL SNAP COUPLER | | 1/1/1980 | 21.67 |
| 6 X 100' SINGLE WALL PERF | | 1/1/1980 | 387.50 |
| 5" TAP TEE - SHORT | | 1/1/1980 | 49.30 |
| 6 X 1450' SINGLE WALL NON-PERF | | 1/1/1980 | (4.00) |
| 6 X 1450' SINGLE WALL PERF | | 1/1/1980 | 4,495.00 |
| 5 X 2300' SINGLE WALL SLEEVED | | 1/1/1980 | 3,054.40 |
| 5" BLIND TEE | | 1/1/1980 | 59.16 |
| 5" INTERNAL SNAP COUPLER | | 1/1/1980 | 44.50 |
| 6" X 5" STEP DOWN REDUCER | | 1/1/1980 | 85.56 |
| 8" X 6" STEP DOWN REDUCER | | 1/1/1980 | 46.74 |
| | | **Drainage Tile Totals** | **$8,197.27** |
| | | **Other Purchased Inventory Totals** | **$33,305.20** |
| | | **Report Totals** | **$926,730.36** |
| | | **Records included in total = 90** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Crapp Farms Partnership** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) | **17-11601-11-cjf** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  AgDirect**
Creditor's Name
**Farm Credit Services of America, PCA**
**5015 South 118th Street**
**Omaha, NE 68137**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**01/03/2013**
Last 4 digits of account number
**6159**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**JD 1770NT Planter, SN#1A01770EPCM750412**

Describe the lien
**Promissory Note & Loan, Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$32,878.96**    Column B: **$150,000.00**

---

**2.2  AgDirect**
Creditor's Name
**Farm Credit Services of America, PCA**
**5015 South 118th Street**
**Omaha, NE 68137**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**01/03/2013**
Last 4 digits of account number
**6161**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2 Brent Grain Carts 1194: SN#B28980123 and B28940103**

Describe the lien
**Promissory Note & Loan, Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$19,386.64**    Column B: **$35,000.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Crapp Farms Partnership**                                          Case number (if know)  **17-11601-11-cjf**
      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      Name

- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| **2.3** | **AgDirect** | | $6,396.92 | $8,500.00 |

Creditor's Name

**Farm Credit Services of America, PCA**
**5015 South 118th Street**
**Omaha, NE 68137**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Dryhill DH-600 Manure Pump (Pit Pumper)**

Creditor's email address, if known

Describe the lien
**Retail Installment Contract & Security Agmt**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes

Date debt was incurred
**02/28/2015**
Last 4 digits of account number
**6163**

Is anyone else liable on this claim?
- [ ] No
- [✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| **2.4** | **AgDirect** | | $13,175.33 | $15,000.00 |

Creditor's Name

**Farm Credit Services of America, PCA**
**5015 South 118th Street**
**Omaha, NE 68137**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Drainage Plow GPS: Tile Plow Kit with Display, Water Management Con, A320 RTK MH920FSROV and A321 TRK MH920FSPOR**

Creditor's email address, if known

Describe the lien
**Promissory Note & Loan, Security Agreement**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes

Date debt was incurred
**04/16/2015**
Last 4 digits of account number
**6165**

Is anyone else liable on this claim?
- [ ] No
- [✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| **2.5** | **AgDirect** | | $14,767.58 | $20,000.00 |

Creditor's Name

**Farm Credit Services of America, PCA**
**5015 South 118th Street**
**Omaha, NE 68137**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vermeer CPX9000 Bale Processor**

Describe the lien
**Retail Installment Contract & Security Agmt**
Is the creditor an insider or related party?
- [✓] No
- [ ] Yes

Creditor's email address, if known

---

Official Form 206D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 2 of 25

Debtor    **Crapp Farms Partnership**
_____
Name

Case number (if know)    **17-11601-11-cjf**

---

**Date debt was incurred**
**02/28/2015**
**Last 4 digits of account number**
**6164**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | AgDirect |
|---|---|

Creditor's Name

**Farm Credit Services of America, PCA**
**5015 South 118th Street**
**Omaha, NE 68137**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**12/07/2012**
**Last 4 digits of account number**
**6158**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**JD 326D Skid Loader 1T0326DKJB0198054;**
**JD 8420 Tractor RW8420P030474; JD 8430**
**Tractor, RW8430PO25261;**


**Describe the lien**
**Promissory Note & Loan, Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,628.19    $115,000.00

---

| 2.7 | AgDirect |
|---|---|

Creditor's Name

**Farm Credit Services of America, PCA**
**5015 South 118th Street**
**Omaha, NE 68137**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**05/04/2015**
**Last 4 digits of account number**
**0151**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 Trail King ASHR-4272; live bottom**
**trailer, SN#1TKN04328FW037659**


**Describe the lien**
**Promissory Note & Loan Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,769.24    $82,470.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Crapp Farms Partnership**                                    Case number (if know)    **17-11601-11-cjf**
    Name

| | | | | Estimated FMV = $32,893,009.00 |
|---|---|---|---|---|

**2.8**

**BMO Harris Bank N.A**
Creditor's Name

Describe debtor's property that is subject to a lien
**\*\*All liabilities owed to BMO Harris Bank are secured by, among other interests, Real Estate, business personal property; all notes are cross-collateralized as specifically identified by each of the 14 Notes below.**

$29,067,310.42

**111 West Monroe Street**
**Chicago, IL 60603-4095**
Creditor's mailing address

Describe the lien
**See attached Exhibit A**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9**    **BMO Harris Bank N.A**
Creditor's Name

Describe debtor's property that is subject to a lien
**\*\*Promissory Note/Loan #14 (renewal dated 01/07/13) secured by Assignment of Rents & Leases dated 11/7/13 & recorded 11/18/13 as Doc. #759617; outstanding balance $6,688,665.97**

$0.00    $0.00

**111 West Monroe Street**
**Chicago, IL 60603-4095**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/07/2013**

Last 4 digits of account number
**1788**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**    **BMO Harris Bank N.A**
Creditor's Name

Describe debtor's property that is subject to a lien
**\*\*2004 Wilson Trailer #004-8677  with an outstanding claim amount of $13,143.74**

$0.00    $36,250.00

**111 West Monroe Street**
**Chicago, IL 60603-4095**
Creditor's mailing address

Describe the lien
**Promissory Note & Commercial Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Crapp Farms Partnership**

Name

Case number (if known)    **17-11601-11-cjf**

---

**Date debt was incurred**
**06/12/2014**
**Last 4 digits of account number**
**5755**

**Do multiple creditors have an interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
[ ] No
[✓] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.1 1 | | | | |
|---|---|---|---|---|
| **BMO Harris Bank N.A** | | Describe debtor's property that is subject to a lien | $0.00 | $38,000.00 |

Creditor's Name

**111 West Monroe Street**
**Chicago, IL 60603-4095**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/12/2014**
**Last 4 digits of account number**
**5869**

**Do multiple creditors have an interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**\*\*2 Mack Dump Trucks - 1995 (FMV=$20,500) & 1991 (FMV=$17,500) with an outstanding claim amount of $13,822.31**

Describe the lien
**Promissory Note & Commercial Security Agreement**
**Is the creditor an insider or related party?**
[✓] No
[ ] Yes
**Is anyone else liable on this claim?**
[ ] No
[✓] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.1 2 | | | | |
|---|---|---|---|---|
| **BMO Harris Bank N.A** | | Describe debtor's property that is subject to a lien | $0.00 | $107,300.00 |

Creditor's Name

**111 West Monroe Street**
**Chicago, IL 60603-4095**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/01/2014**
**Last 4 digits of account number**
**2031**

**Do multiple creditors have an interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**\*\*2 Trailers:  2014 Merrit (FMV=$31,000) & 2015 Wilson ($76,300) with an outstanding claim amount of $36,032.52**

Describe the lien
**Promissory Note & Commercial Security Agreement**
**Is the creditor an insider or related party?**
[✓] No
[ ] Yes
**Is anyone else liable on this claim?**
[ ] No
[✓] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.1 3 | | | | |
|---|---|---|---|---|
| **BMO Harris Bank N.A.** | | Describe debtor's property that is subject to a lien | $0.00 | $5,859,109.91 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Crapp Farms Partnership**
_____
Name

Case number (if know)   **17-11601-11-cjf**

Creditor's Name

**111 West Monroe Street
Chicago, IL 60603-4095**

Creditor's mailing address

**\*\*Promissory Note (Loan #1):  Crop Line of
Credit with an outstanding claim amount of
$10,619,468.05**

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/15/2015**
**Last 4 digits of account number**
**1389**

☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
4**

**BMO Harris Bank N.A.**

Creditor's Name

**111 West Monroe Street
Chicago, IL 60603-4095**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**\*\*Promissory Note (Loan #2):  Livestock Line
of Credit with an outstanding claim amount of
$2,388,199.58.
FMV Cows: $1,534,747.80
FMV of Hogs: $610,104**

**Describe the lien**
**Promissory Note (Loan #2)**

$0.00     $2,144,851.80

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/15/2015**
**Last 4 digits of account number**
**1387**

☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1
5**

**BMO Harris Bank N.A.**

Creditor's Name

**111 West Monroe Street
Chicago, IL 60603-4095**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**\*\*Promissory Note & Amendment (Loan #3):
Hedge Account with an outstanding claim
amount of $521,181.92**

**Describe the lien**
_____

$0.00     $0.00

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/15/2015**
**Last 4 digits of account number**
**1355**

☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Crapp Farms Partnership**

Name

Case number (if know)  **17-11601-11-cjf**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **BMO Harris Bank N.A.** | | $0.00 | $16,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**\*\*Loan/Note #4:  Purchase Money Security
Interest in Vermeer Baler 605N with an
outstanding claim amount of $20,246.95**

**111 West Monroe Street
Chicago, IL 60603-4095**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/20/2014**
Last 4 digits of account number
**3935**
Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **BMO Harris Bank N.A.** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**\*\*Loan/Note #5:  Purchase Money Security
Interest in Fuel Station-Hydraulic Boom - no
value; fuel station is attached to land;
outstanding claim amount owing is
$14,570.92**

**111 West Monroe Street
Chicago, IL 60603-4095**

Creditor's mailing address

Describe the lien
**Loan #5**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**11/15/2013**
Last 4 digits of account number
**2304**
Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **BMO Harris Bank N.A.** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**\*\*Loan #6 (Consolidation of 3 notes): 2014
Inventory; 2015 Crop Line of Credit with an
outstanding amount due of $8,397,415.43**

**111 West Monroe Street
Chicago, IL 60603-4095**

Creditor's mailing address

Describe the lien
**Loan #6**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Crapp Farms Partnership** | Case number (if known) | **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/08/2016**
**Last 4 digits of account number**
**6086**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.19**

**BMO Harris Bank N.A.**
Creditor's Name

**111 West Monroe Street**
**Chicago, IL 60603-4095**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/15/2015**
**Last 4 digits of account number**
**7783**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**\*\*Promissory Note & Amended Note (Loan #8):  Line of Credit with an outstanding amount due of $101,211.09**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$0.00    $0.00

---

**2.20**

**BMO Harris Bank N.A.**
Creditor's Name

**111 West Monroe Street**
**Chicago, IL 60603-4095**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/15/2015; Amended**
**1/15/16**
**Last 4 digits of account number**
**7783**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**\*\*Promissory Note (Loan #9):  Line of Credit with an outstanding amount due of $169,947.04**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$0.00    $0.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Crapp Farms Partnership**
_____
Name

Case number (if known)    **17-11601-11-cjf**

| 2.2 1 | **BMO Harris Bank N.A.** | |
|---|---|---|

Creditor's Name

**111 West Monroe Street
Chicago, IL 60603-4095**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**05/01/2014**
**Last 4 digits of account number**
**2838**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**\*\*Promissory Note (Loan #10) for purchase of 2007 Freightliner, L204ST, VIN#1FUJA6CG97P85206, with an outstanding amount due of $36,379.11**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

---

| 2.2 2 | **BMO Harris Bank N.A.** | |
|---|---|---|

Creditor's Name

**111 West Monroe Street
Chicago, IL 60603-4095**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**05/09/2014**
**Last 4 digits of account number**
**6094**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**\*\*Promissory Note (Loan #11) for purchase of 2006 Peterbuilt 379 Truck, VIN#1XP5DB9X76S898098, with an outstanding amount due of $14,312.55**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

---

| 2.2 3 | **BMO Harris Bank N.A.** | |
|---|---|---|

Creditor's Name

**111 West Monroe Street
Chicago, IL 60603-4095**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**06/12/2014**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**\*\*Promissory Note/Loan #12 for purchase of 1991 Mack Dump Truck and 1995 Mack Dump Truck; with an outstanding amount due of $15,003.55**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$0.00        $0.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 25

Debtor **Crapp Farms Partnership**
_____
Name

Case number (if know) **17-11601-11-cjf**

**5869**
| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 4 | | | |
|---|---|---|---|
| **BMO Harris Bank N.A.**
Creditor's Name | **Describe debtor's property that is subject to a lien**
**\*\*Promissory Note/Loan #13 (WASHBAY BUILDING) originated by Crapp Land LLC; with an outstanding amount due of $79,146.45** | $0.00 | $0.00 |

**111 West Monroe Street**
**Chicago, IL 60603-4095**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/30/2014**
**Last 4 digits of account number**
**7781**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 5 | | | |
|---|---|---|---|
| **BMO Harris Equipment Finance Company**
Creditor's Name | **Describe debtor's property that is subject to a lien**
**60-month Lease Agreement on (3) John Deere 1770 NT Planters 24R30 w/Pro Units & CCS: SN#1A01770EVDM751003;#1A01770ECDM751025 & SN#1A01770EVDM751048; with an outstanding amout due of $121,049.68** | $0.00 | $0.00 |

**770 North Water Street, 8th Floor**
**Milwaukee, WI 53202**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/18/2013 (Loan #7)**
**Last 4 digits of account number**
**0038**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | | | |
|---|---|---|---|
| **Caterpillar Financial Services Corp** | **Describe debtor's property that is subject to a lien** | $34,070.72 | $182,000.00 |

---

| Debtor | **Crapp Farms Partnership** | Case number (if known) | **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

**2120 West End Avenue**
**Nashville, TN 37203-0001**
Creditor's mailing address

**D6N Caterpillar tractor, Volvo Articulated Dump Truck, D6R11 Caterpillar Tractor**

Describe the lien
**Retail Installment Sale Contract and Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**04/01/2014**
Last 4 digits of account number
**3758**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **CNH Industrial Capital** | | $28,339.24 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name
**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**870 Cultivator (FMV=$45,000) and Puma 770L (FMV=$25,000)**

Describe the lien
**Retail Installment Sale Contract and Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**09/27/2015**
Last 4 digits of account number
**1004**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **CNH Industrial Capital** | | $86,006.79 | $150,500.00 |
|---|---|---|---|---|

Creditor's Name
**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**8230 Combine (FMV=$145,000) with Horst 30' Header Cart (FMV=$5,500)**

Describe the lien
**Retail Installment Sale Contract and Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**10/01/2016**
Last 4 digits of account number
**1008**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 11 of 25

Debtor  **Crapp Farms Partnership**
_____
Name

Case number (if know)  **17-11601-11-cjf**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.29**

**CNH Industrial Capital**
Creditor's Name
**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/01/2016**
**Last 4 digits of account number**
**1009**

Describe debtor's property that is subject to a lien
**Case 450Tractor & 870 Ripper**

$108,874.35    $372,000.00

Describe the lien
**Retail Installment Sale Contract and Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.30**

**CNH Industrial Capital**
Creditor's Name
**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/24/2016**
**Last 4 digits of account number**
**1014**

Describe debtor's property that is subject to a lien
**3 Combines with Heads and 3 Haulers**

$330,672.25    $447,500.00

Describe the lien
**Retail Installment Sale Contract and Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.31**

**CNH Industrial Capital**
Creditor's Name
**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Windrower/Hd Cart**

$33,842.78    $60,000.00

Describe the lien

---

Debtor    **Crapp Farms Partnership**
Name

Case number (if known)    **17-11601-11-cjf**

---

**Retail Installment Sale Contract and Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**05/27/2015**
**Last 4 digits of account number**
**1017**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **CNH Industrial Capital** | | $47,711.75 | $107,500.00 |
|---|---|---|---|---|

Creditor's Name
**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**160 PUMA Tractor**

**Describe the lien**
**Retail Installment Sale Contract and Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**06/23/2015**
**Last 4 digits of account number**
**1018**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **CNH Industrial Capital** | | $301,466.26 | $345,000.00 |
|---|---|---|---|---|

Creditor's Name
**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Combine, HD, Cart, Tractor**

**Describe the lien**
**Retail Installment Sale Contract and Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**08/31/2015**
**Last 4 digits of account number**
**1019**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Crapp Farms Partnership** | Case number (if known) | **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 4**

**CNH Industrial Capital**
Creditor's Name

**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/29/2015**
**Last 4 digits of account number**
**1020**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Multi-Planter, DiscRipper, Bobcat**

**Describe the lien**
**Retail Installment Sale Contract and Security
Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$60,368.24    $120,000.00

---

**2.3 5**

**CNH Industrial Capital**
Creditor's Name

**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/16/2016**
**Last 4 digits of account number**
**1021**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Case 4412 Corn Head 34; Case 4412 Corn
Head 33; Case 4412 Corn Head 98; Case 4412
Corn Head 96; Case 4412 Corn Head 95
(FMV=$45,000 each)**

**Describe the lien**
**Retail Installment Sale Contract and Security
Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$180,326.32    $225,000.00

---

**2.3 6**

**CNH Industrial Capital**
Creditor's Name

**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Multi-Chopper Tillage**

**Describe the lien**

$156,326.16    $180,000.00

---

Debtor    **Crapp Farms Partnership**                                    Case number (if known)    **17-11601-11-cjf**
          Name

Retail Installment Sale Contract and Security
Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/29/2015**
**Last 4 digits of account number**
**1022**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **CNH Industrial Capital** | Describe debtor's property that is subject to a lien | $30,238.77 | $36,750.00 |
|---|---|---|---|---|

Creditor's Name

**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

**Rake; Batwing, Sight**

**Describe the lien**
**Retail Installment Sale Contract and Security**
**Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/09/2016**
**Last 4 digits of account number**
**1024**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **CNH Industrial Capital** | Describe debtor's property that is subject to a lien | $192,874.83 | $172,750.00 |
|---|---|---|---|---|

Creditor's Name

**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

**Dagelman 33' Protill (FMV=$80,000); Bobcat**
**E55 Excavator (FMV=$45,000), CIH3162 40'**
**Draper head (FMV=$40,000), Edney CHCF 45'**
**4-W (FMV=$7750)**

**Describe the lien**
**Retail Installment Sale Contract and Security**
**Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/01/2017**
**Last 4 digits of account number**
**1025**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Crapp Farms Partnership**
Name

Case number (if known)   **17-11601-11-cjf**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | | | | |

**CNH Industrial Capital**
Creditor's Name

**America, LLC**
**PO Box 3600**
**Lancaster, PA 17604-3600**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/24/2015**
Last 4 digits of account number
**5007**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Case IH 330 Ripper**

$29,559.63      $60,000.00

Describe the lien
**Retail Installment Sale Contract and Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | | | | |

**Commodity Credit Corporation**
Creditor's Name

**c/o United States Dept of Agriculture**
**8030 Excelsior Drive, Suite 100**
**Madison, WI 53717**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016 Corn**
Last 4 digits of account number
**0040**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1,405,332 bushels of corn;**
**UCC#160013860321 filed 10/21/16**

$2,614,430.30      $5,859,109.91

Describe the lien
**Crop Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | | | | |

**Commodity Credit Corporation**
Creditor's Name

**150 West Alona Lane**
**8030 Excelsior Drive, Suite 100**
**Lancaster, WI 53813**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**NOTICE ONLY:  Payment mailing address**

$0.00      $0.00

Describe the lien

---

Debtor   **Crapp Farms Partnership**                     Case number (if know)   **17-11601-11-cjf**
         Name

**N/A**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0040**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **Dubuque Bank and Trust Company** | | **$16,576.97** | **$44,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**1398 Central Avenue**
**P.O. Box 778**
**Dubuque, IA 52001**

**2 Merritt Trailers**

Creditor's mailing address

**Describe the lien**

**Retail Installment Sale Contract and Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**12/09/2013**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1301**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Dubuque Bank and Trust Company** | | **$18,486.04** | **$65,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**1398 Central Avenue**
**P.O. Box 778**
**Dubuque, IA 52001**

**Trail King Belt Trailer Unit 215**

Creditor's mailing address

**Describe the lien**

**Retail Installment Sale Contract and Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**12/23/2013**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1301**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Crapp Farms Partnership** | Case number (if known) | **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

---

| 2.4 4 | **Dubuque Bank and Trust Company** | | | $3,355.12 | $64,685.00 |
|---|---|---|---|---|---|

Creditor's Name

**1398 Central Avenue
P.O. Box 778
Dubuque, IA 52001**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2013 Load King Detach Trailer**

Describe the lien
**Retail Installment Sale Contract and Security Agreement**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/18/2013**

Last 4 digits of account number
**1301**

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 5 | **Dubuque Bank and Trust Company** | | | $10,303.49 | $30,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**1398 Central Avenue
P.O. Box 778
Dubuque, IA 52001**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2007 Freightliner #777**

Describe the lien
**Retail Installment Sale Contract and Security Agreement**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/22/2013**

Last 4 digits of account number
**1301**

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 6 | **Dubuque Bank and Trust Company** | | | $759.52 | $48,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**1398 Central Avenue
P.O. Box 778
Dubuque, IA 52001**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2011 Wilson Trailer**

Describe the lien
**Retail Installment Sale Contract and Security Agreement**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [ ] No

Date debt was incurred

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Crapp Farms Partnership**
_____   Case number (if know)  **17-11601-11-cjf**
Name

**04/23/2012**
**Last 4 digits of account number**   ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1201**
**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.47 | | | | |
|---|---|---|---|---|
| **Dubuque Bank and Trust Company** | Describe debtor's property that is subject to a lien | | $4,053.86 | $58,000.00 |

Creditor's Name

**1398 Central Avenue**
**P.O. Box 778**
**Dubuque, IA 52001**
Creditor's mailing address

**2013 Trail King Trailer**

Describe the lien
**Retail Installment Sale Contract and Security**
**Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/18/2013**
**Last 4 digits of account number**
**1301**
**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.48 | | | | |
|---|---|---|---|---|
| **Grant County Treasurer** | Describe debtor's property that is subject to a lien | | $16,979.00 | $23,532,000.00 |

Creditor's Name

**Grant County Courthouse**
**P.O. Box 430**
**Lancaster, WI 53813-0430**
Creditor's mailing address

**Farmland located in Grant County, Wisconsin**
**consisting of approximately 2,240 acres m/l**
**of farm real estate and related farm buildings.**
**second half of 2016 real estate taxes due**

Describe the lien
**Real Estate Taxes**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016**
**Last 4 digits of account number**
**cels**
**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.49 | | | | |
|---|---|---|---|---|
| **John Deere Financial** | Describe debtor's property that is subject to a lien | | $24,546.00 | $20,000.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Crapp Farms Partnership** | | Case number (if know) | **17-11601-11-cjf** |
|---|---|---|---|---|
| | Name | | | |

| | | **1560 No-Till Drill with attachments** | | |
|---|---|---|---|---|

Creditor's Name

6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600

Creditor's mailing address

**Describe the lien**

**Loan Contract - Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**10/07/2013**

**Last 4 digits of account number**

**5756**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.50**

**JP Morgan Chase Bank NA**

Creditor's Name

PO Box 901033
Fort Worth, TX 76101-2098

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2015 Chevrolet Silverado 4-Door pickup truck; VIN: 1GC2KUEG8FZ141970**

**$18,242.44**    **$35,000.00**

**Describe the lien**

**Motor Vehicle Purchase Contract**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/05/2014**

**Last 4 digits of account number**

**1970**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.51**

**JP Morgan Chase Bank NA**

Creditor's Name

PO Box 901033
Fort Worth, TX 76101-2098

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2009 Chevrolet Silverado 4-Door pickup truck; VIN: 1GCEK29069Z205409**

**$2,562.04**    **$15,000.00**

**Describe the lien**

**Motor Vehicle Purchase Contract**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**10/22/2012**

**Last 4 digits of account number**

**5409**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Crapp Farms Partnership** | | Case number (if know) | **17-11601-11-cjf** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **Attorney David M. Pelletier** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Axley Brynelson, LLP
2 East Mifflin Street, Ste
200
PO Box 1767
Madison, WI 53701-1767**

Creditor's mailing address

**NOTICE ONLY:  Attorneys for BMO Harris
Bank NA**

**Describe the lien**

**dpelletier@axley.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**N/A**
**Last 4 digits of account number**
**N/A**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **Peoples State Bank** | Describe debtor's property that is subject to a lien | **$83,453.24** | **$150,000.00** |
|---|---|---|---|---|

Creditor's Name

**301 E. Blackhawk Avenue
Prairie Du Chien, WI 53821**

Creditor's mailing address

**GPS Dozer/Truck loan
UCC #160006568833 filed on 5/16/16**

**Describe the lien**
**Retail Installment Sale Contract and Security
Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/12/2016**
**Last 4 digits of account number**
**588N**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **Peoples State Bank** | Describe debtor's property that is subject to a lien | **$22,967.17** | **$34,550.00** |
|---|---|---|---|---|

Creditor's Name

**301 E. Blackhawk Avenue
Prairie Du Chien, WI 53821**

Creditor's mailing address

**1999 Beall Tanker**

**Describe the lien**
**Retail Installment Sale Contract and Security
Agreement**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 21 of 25

Debtor **Crapp Farms Partnership**                        Case number (if known)  **17-11601-11-cjf**
_____
Name

---

Creditor's email address, if known

**Date debt was incurred**
**12/31/2016**
**Last 4 digits of account number**
**0343**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | | | | |
|---|---|---|---|---|

**Stearns Bank N.A.**
Creditor's Name

**500 13th Street**
**PO Box 750**
**Albany, MN 56307**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/08/2015**
**Last 4 digits of account number**
**0012**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Capital Lease Agreement on 20KW Diesel Generator (Personal Guaranties provided by Darrell Crapp, Carl Crapp, and Tony Crapp)**

Describe the lien
**Capital Lease Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,417.47        $23,573.00

---

| 2.5 6 | | | | |
|---|---|---|---|---|

**Stearns Bank N.A.**
Creditor's Name

**500 13th Street**
**PO Box 750**
**Albany, MN 56307**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/31/2016**
**Last 4 digits of account number**
**0013**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Capital Lease agreement on 2-2015 Meyer Chopper boxes; Chopper adapter; Ag Chem Sprayer (Personal Guaranties provided by Darrell Crapp, Carl Crapp, and Tony Crapp)**

Describe the lien
**Capital Lease Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,052.89        $48,250.00

---

Debtor   **Crapp Farms Partnership**
_____
Name

Case number (if known)   **17-11601-11-cjf**

---

| 2.5 7 | | | |
|---|---|---|---|

**Stearns Bank N.A.**
_____
Creditor's Name

**500 13th Street
PO Box 750
Albany, MN 56307**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**09/26/2016**
Last 4 digits of account number
**0014**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Capital Lease agreement on 1996 Knight 3300
TMR Mixer
(Personal Guaranties provided by Darrell
Crapp, Carl Crapp, and Tony Crapp)**
_____

Describe the lien
**Capital Lease Agreement**
_____
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,432.00**   **$6,900.00**

---

| 2.5 8 | | | |
|---|---|---|---|

**Stearns Bank N.A.**
_____
Creditor's Name

**500 13th Street
PO Box 750
Albany, MN 56307**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**12/7/2016**
Last 4 digits of account number
**0015**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Capital Lease Agreement on Generator: Dryer
Service Grain leg rebuild  (Personal
Guaranties provided by Darrell Crapp, Carl
Crapp, and Tony Crapp)**
_____

Describe the lien
**Capital Lease Agreement**
_____
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34,223.26**   **$37,000.00**

---

| 2.5 9 | | | |
|---|---|---|---|

**Stearns Bank N.A.**
_____
Creditor's Name

**500 13th Street
PO Box 750
Albany, MN 56307**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**06/03/2013**

Describe debtor's property that is subject to a lien
**Capital Lease agreement on 2012 - 12' Rice
Lake 70x12 Steel Deck Truck, Scale &
attachments OR 325 CL Excavator
UCC#130007627123 filed on 6/7/13**
_____

Describe the lien
**Capital Lease Agreement**
_____
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$30,510.00**   **$23,000.00**

---

Official Form 206D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 23 of 25

| Debtor | **Crapp Farms Partnership** | Case number (if know) | **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**0010**

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.6 0 | **Stearns Bank N.A.** | Describe debtor's property that is subject to a lien | **$19,028.55** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**500 13th Street**
**PO Box 750**
**Albany, MN 56307**
Creditor's mailing address

**325 CL Excavator**

**Describe the lien**
**Capital Lease Agreement**

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/03/2013**
**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.6 1 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | **$31,494.21** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 1622**
**Roanoke, TX 76262**
Creditor's mailing address

**2015 Chevrolet Silverado 4-Door pickup truck**

**Describe the lien**
**Motor Vehicle Purchase Contract**

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [ ] No
- [✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/29/2015**
**Last 4 digits of account number**
**4270**

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.6 2 | **US Bank** | Describe debtor's property that is subject to a lien | **$3,291.41** | **$28,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 790179**
**Saint Louis, MO 63179**
Creditor's mailing address

**2012 Chevrolet Silverado 2500 HD Pickup Truck, VIN#1GC1KXC85CF242650, (184,000 miles)**

**Describe the lien**
**Motor Vehicle Purchase Contract**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Crapp Farms Partnership**                                          Case number (if known)   **17-11601-11-cjf**
     Name

---

Creditor's email address, if known

**Date debt was incurred**
**08/20/2012**
**Last 4 digits of account number**
**4313**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 3 | **Vincent W. Klein Family Trust** | | | |
|---|---|---|---|---|

    Creditor's Name

**c/o Sue Augustin**
**7112 Karl Avenue**
**Belleville, WI 53508**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/25/2012**
**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Land Contract on Crop Ground (final payment due 11/2017)**          $18,000.00          $0.00

**Describe the lien**
**Land Contract Vendor**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $33,869,156. 35

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Schedule D – Exhibit A

<u>Collateral Description</u>

<u>Real Property</u>

<u>Personal Property</u>

All equipment, fixtures, farm products including, but not limited to, all livestock (including the born and unborn young of all livestock), crops, livestock feed and farm supplies, timber to be cut, inventory, documents, general intangibles, accounts, deposit accounts (unless a security interest would render a nontaxable account taxable), contract rights, chattel paper, instruments, letter of credit rights and investment property, now owned or hereafter acquired by Debtor (or by Debtor with spouse).

<u>Personal Property</u>

All equipment, fixtures, inventory, documents, general intangibles, accounts, deposit accounts (unless a security interest would render a nontaxable account taxable), contract rights, chattel paper, patents, trademarks and copyrights (and the goodwill associated with and registrations and licenses of any of them), instruments, letter of credit rights and investment property, now owned or hereafter acquired by Debtor (or by Debtor with spouse), and all additions and accessions to, all spare and repair parts, special tools, equipment and replacements for, software used in, all returned or repossessed goods the sale of which gave rise to and all proceeds, supporting obligations and products of the foregoing ("Collateral"), wherever located, to secure all debts, obligations and liabilities to Lender arising out of credit previously granted, credit contemporaneously granted and credit granted in the future by Lender to any Debtor, or any Borrower, to any of them and another, or to another guaranteed or endorsed by any of them ("Obligations").

<u>Personal Property</u>

All equipment, fixtures, inventory, documents, general intangibles, accounts, deposit accounts (unless a security interest would render a nontaxable account taxable), contract rights, chattel paper, patents, trademarks and copyrights (and the goodwill associated with and registrations and licenses of any of them), instruments, letter of credit rights and investment property, now owned or hereafter acquired by Debtor (or by Debtor with spouse), and all additions and accessions to, all spare and repair parts, special tools, equipment and replacements for, software used in, all returned or repossessed goods the

sale of which gave rise to and all proceeds, supporting obligations and products of the foregoing ("Collateral"), wherever located, to secure all debts, obligations and liabilities to Lender arising out of credit previously granted, credit contemporaneously granted and credit granted in the future by Lender to any Debtor, or any Borrower, to any of them and another, or to another guaranteed or endorsed by any of them ("Obligations").

The Notes are secured by the following security agreements:

1. Real Estate Mortgage, Security Agreement and Financing Statement from Land LLC to BMO dated January 7, 2013, which is recorded with the Register of Deeds for Grant County, Wisconsin on January 8, 2013 in Volume 1349 Records, Page 68 as Document No. 752015 ("Mortgage 1"), granting BMO a mortgage on certain property described therein ("Property"); and,

2. Real Estate Mortgage, Security Agreement and Financing Statement from Land LLC to BMO dated June 30, 2014, which is recorded with the Register of Deeds for Grant County, Wisconsin on July 29, 2014 in Volume 1399, Page 425 as Document No. 764493 granting BMO a mortgage on the Property ("Mortgage 2"); and,

3. An Assignment of Leases and Rents dated November 7, 2013 from Land LLC to BMO, which is recorded with the Register of Deeds for Grant County, Wisconsin on November 18, 2013 in Volume 1380 Records, Page 293 as Document No. 759617 assigning rents and profits associated with the Property to BMO ("Mortgage 3"); and,

4. A Commercial Pledge and Security Agreement dated September 19, 2012 from Farms Partnership; and,

5. A Farm Security Agreement dated January 7, 2013 from Farms Partnership; and,

6. A Commercial Security Agreement dated November 15, 2013 from Farms Partnership; and,

7. A Commercial Security Agreement dated November 20, 2014 from Farms Partnership; and,

8. An Agricultural Security Agreement dated September 19, 2012 from Farms Partnership; and,

9. A Commercial Security Agreement dated May 16, 2012 from Excavating LLC; and,

10. A Commercial Security Agreement dated March 10, 2014 from Trucking LLC; and,

11. A Commercial Security Agreement dated May 1, 2014 from Trucking LLC; and,

12. A Commercial Security Agreement dated May 9, 2014 from Trucking LLC; and,

13. A Commercial Security Agreement dated June 9, 2014 from Trucking LLC; and,

14. A Commercial Security Agreement dated June 12, 2014 from Trucking LLC; and,

15. A General Business Security Agreement dated January 7, 2013 from Excavating LLC; and,

16. A General Business Security Agreement dated January 7, 2013 from Trucking LLC; and,

17. Assignment of Life Insurance from Land LLC Re: ING ReliaStar Policy No. AD20547117 dated May 22, 2013; and,

18.     Assignment of Life Insurance or Annuity Policy No. T700027579 from Land LLC re: Lincoln Financial Group dated May 22, 2013; and,

19.     Assignment of Life Insurance Policy from Land LLC re: ING, Policy No. AD20546956 dated May 22, 2013; and,

20.     Assignment of Life Insurance Policy from Land LLC re: Banner Policy No. 180640063 recorded June 10, 2013; and,

21.     Assignment of Life Insurance Policy from Land LLC re: Old Republic Policy No. 599862 dated May 22, 2013.

Mortgage 1, Mortgage 2, and Mortgage 3 defined herein are collectively referred to as the "Mortgages"; all Security Agreements are collectively referred to herein as "Security Agreements; and all Assignments of Insurance Policies are collectively referred to herein as "Assigned Policies".

 

**State of Wisconsin**
**Department of Transportation**

# Lien Holder Results

VIN: 1GC1KXC85CF242650

Year: 2012

Make: CHEVROLET

Paper title delivered to the lien holder.

US BANK NA

Lien Holder: US BANK NA

Address: PO BOX 3427
OSHKOSH WI 54903-3427

Date Listed: 09/05/2012

Back    Exit

Version A - 35




# Lien Holder Results

VIN: 1GC2KUEG8FZ141970

Year: 2015

Make: CHEVROLET

Electronic title delivered to the lien holder.

JP MORGAN CHASE BANK NA

Lien Holder: JP MORGAN CHASE BANK NA
Address: PO BOX 901033
FORT WORTH TX 76101-2098
Date Listed: 11/13/2014

Back    Exit

Version A - 35

State of Wisconsin
**Department of Transportation**



# Lien Holder Results

VIN: 1GCEK29069Z205409

Year: 2009

Make: CHEVROLET

Paper title delivered to the lien holder.

JP MORGAN CHASE BANK NA

Lien Holder: JP MORGAN CHASE BANK NA

Address: PO BOX 901033
FORT WORTH TX 76101-2098

Date Listed: 11/01/2012

Back    Exit

Version A - 35

**Fill in this information to identify the case:**

Debtor name  **Crapp Farms Partnership**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **17-11601-11-cjf**

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$408.05** | **$408.05** |
|---|---|---|---|---|

2.1   Priority creditor's name and mailing address

**April M. VanNatta-Rowe**
**313 East Clay Street**
**Cuba City, WI 53807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$408.05**     Priority amount **$408.05**

Date or dates debt was incurred

**Prior to April 25, 2017**

Basis for the claim:
**Paychecks:  #04731 = $154.59; #04698 =**
**$138.13; #04669 = $115.33**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.2   Priority creditor's name and mailing address

**Internal Revenue Service**
**Bankruptcy Notices**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$726.56**     Priority amount **$726.56**

Date or dates debt was incurred
**04/28/2017**

Basis for the claim:
**Federal withholding**

Last 4 digits of account number **Crapp**
**Farms Partnership**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Crapp Farms Partnership** | | Case number (if known) | **17-11601-11-cjf** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,042.18 | $4,042.18 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**
**Bankruptcy Notices**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: **$4,042.18**    **$4,042.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04/28/2017**

Basis for the claim:
**FUTA tax**

Last 4 digits of account number **Crapp Farms Partnership**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address

**Wisconsin Department of Revenue**
**ATTN:  Bankruptcy Unit, MS 5-144**
**P.O. Box 8901**
**Madison, WI 53708**

As of the petition filing date, the claim is: **$1,278.56**    **$1,278.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04/28/2017**

Basis for the claim:
**State Withholding**

Last 4 digits of account number **Crapp Farms Partnership**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address

**Wisconsin Unemployment**
**Compensation**
**P.O. Box 7945**
**Madison, WI 53707**

As of the petition filing date, the claim is: **$7,634.62**    **$7,634.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04/28/2017**

Basis for the claim:
**Wisconsin unemployment**

Last 4 digits of account number **Crapp Farms Partnership**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Animal Health International**
**P.O. Box 561305**
**Denver, CO 80256-1305**

As of the petition filing date, the claim is: *Check all that apply.*    **$19,148.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2017**
Last 4 digits of account number **Crapp Farms**

Basis for the claim: **Veterinary expense of Crapp Farms Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Big Gain Wisconsin LLC**
**W9077 Schultz Road**
**Lodi, WI 53555**

As of the petition filing date, the claim is: *Check all that apply.*    **$171,760.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February/March 2017**
Last 4 digits of account number **Crapp Farms**

Basis for the claim: **Farm related expense of Crapp Farms Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Crapp Farms Partnership** | Case number (if known)    **17-11601-11-cjf** |
|---|---|---|
| | Name | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Attoney Stephen D. Chiquoine**
**Chiquoine & Molberg**
**118 E. Main St.**
**Reedsburg, WI 53959**

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **NOTICE ONLY: Attorneys for Premier Cooperative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618.40 |
|---|---|---|---|

**Cintas Corporation #446**
**PO Box 630921**
**Cincinnati, OH 45263-0921**

Date(s) debt was incurred  **Prior to April 2017**

Last 4 digits of account number  **CRAPP FARMS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Uniform expense of Crapp Farm Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,167.81 |
|---|---|---|---|

**CNH Productivity Plus**
**P.O. Box 78004**
**Phoenix, AZ 85062-8004**

Date(s) debt was
incurred  **Prior to December 2016**

Last 4 digits of account number  **3350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Farm related purchases on account by Crapp Farms Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,585.45 |
|---|---|---|---|

**Cougar Run**
**P.O. Box 370**
**Pipestone, MN 56164**

Date(s) debt was incurred  **Prior to April 2017**

Last 4 digits of account number  **Crapp Farms**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Farm related purchases on account by Crapp Farms Partnership (piglets)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,408.13 |
|---|---|---|---|

**Doc Adams Veterinary Service LLC**
**353 South Jefferson Street**
**Lancaster, WI 53813**

Date(s) debt was incurred  **April 2017**

Last 4 digits of account number  **Crapp Farms**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Veterinary expense of Crapp Farms Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EML Farms**
**Edward and Maria Lauck**
**6477 Hilldale Road**
**Lancaster, WI 53813**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Any deficiency claim from termination of farmland lease.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,269.75 |
|---|---|---|---|

**Finney Implement**
**Case International Farm Equipment**
**P.O. Box 406**
**Lancaster, WI 53813**

Date(s) debt was incurred  **Prior to 04/20/2017**

Last 4 digits of account number  **248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Farm related purchases on account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Crapp Farms Partnership** | Case number (if known) | **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,089.55** |
|---|---|---|---|

**Focus Management Group USA, Inc.**
**5001 West Lemon Street**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to March 2017**

Basis for the claim: **Financial advisor expense of Crapp Farms**

Last 4 digits of account number **Crapp Farms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jay & Lynn Girotto**
**Farmland Opportunity LLC**
**18 Crescent Key**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **03/11/17**

Basis for the claim: **Farmland lease terminations on: Adirondack Farmland Holdings LLC; Aquarius Farmland Holdings LLC; Albemarle Farm LLC; CM Farmland Holdings LLC; Goodyear Farm LLC; Moritz Farms LLC; Parjim Farmland Holdings LLC; Family Luck 7 Farm LLC;**

Last 4 digits of account number **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,375.16** |
|---|---|---|---|

**GM Card**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to April 2017**

Basis for the claim: **Farm related purchases on account**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,088.56** |
|---|---|---|---|

**John Deere Financial, fsb**
**PO Box 4450**
**Carol Stream, IL 60197-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Prior to December 2016**

Basis for the claim: **Farm related purchases on account**

Last 4 digits of account number **6698**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,460.00** |
|---|---|---|---|

**LTS**
**P.O. Box 308**
**Mankato, MN 56002-0308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to April 2017**

Basis for the claim: **Farm related expense**

Last 4 digits of account number **Crapp Farms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,290.46** |
|---|---|---|---|

**Mulgrew Oil Co.**
**10314 Silverwood Drive**
**Dubuque, IA 52004-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to April 2017**

Basis for the claim: **Farm related expense**

Last 4 digits of account number **Crapp Farms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$639,072.00** |
|---|---|---|---|

**Nutech Seed**
**2321 North Loop Drive**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to January 2017**

Basis for the claim: **Farm related expense**

Last 4 digits of account number **Crapp Farms**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 4 of 6

Best Case Bankruptcy

| Debtor | **Crapp Farms Partnership** | Case number (if known) | **17-11601-11-cjf** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $511,660.85 |
| | **Premier Cooperative** | ☐ Contingent | |
| | **501 West Main Street** | ☐ Unliquidated | |
| | **Mount Horeb, WI 53572** | ☐ Disputed | |
| | Date(s) debt was incurred **Prior to April 2017** | Basis for the claim: **Farm related purchases on account** | |
| | Last 4 digits of account number **Crapp Farms** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,385.00 |
| | **Resource Engineering Associates, Inc.** | ☐ Contingent | |
| | **3510 Parmenter Street, Suite 100** | ☐ Unliquidated | |
| | **Middleton, WI 53562** | ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 12/31/2016** | Basis for the claim: **Farm related expense of Crapp Excavating** | |
| | Last 4 digits of account number **0111** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Attorney Christopher M. Seelen** | | |
| | **Ruder Ware, LLSC** | ☐ Contingent | |
| | **P.O. Box 187** | ☐ Unliquidated | |
| | **402 Graham Avenue** | ☐ Disputed | |
| | **Eau Claire, WI 54702** | | |
| | Date(s) debt was incurred **N/A** | Basis for the claim: **NOTICE ONLY: Attorneys for AGCO Finance LLC** | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,711.70 |
| | **Tandem Tire & Auto Services Inc.** | ☐ Contingent | |
| | **400 Harrison** | ☐ Unliquidated | |
| | **Dubuque, IA 52004-0717** | ☐ Disputed | |
| | Date(s) debt was incurred **Prior to April 2017** | Basis for the claim: **Farm related purchases on account of Crapp Farms Partnership** | |
| | Last 4 digits of account number **Crapp Farms** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,720.00 |
| | **Wyffels Hybrids Inc.** | ☐ Contingent | |
| | **13344 U.S. Highway 6** | ☐ Unliquidated | |
| | **Geneseo, IL 61254-8487** | ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 12/31/2016** | Basis for the claim: **Farm related purchases on account of Crapp Farms Partnership** | |
| | Last 4 digits of account number **Crapp Farms** | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 14,089.97 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,813,810.99 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,827,900.96 |

**Fill in this information to identify the case:**

Debtor name    **Crapp Farms Partnership**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **17-11601-11-cjf**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#: PO65777: 36-month Lease agreement dated 01/02/16 on: Ag Chem 1100B Rogator Sprayer, SN# AGCA1100PGNSL 1030 and Raven Hawkeye Guidance System, SN#1100. Debtor will cure arrears and assume lease.** | |
| | State the term remaining | 01/02/2016 - 01/02/2019 | **AGCO Finance LLC P.O. Box 9263 Des Moines, IA 50306** |
| | List the contract number of any government contract | **N/A** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#: PO65778: 36-month Lease agreement dated 11/06/2015 on Ag Chem 1100B Rogator Sprayer, SN# AGCA1100CGNCN 1110 and Raven Hawkeye Guidance System, SN#1108. Debtor will cure arrears and assume lease.** | |
| | State the term remaining | 11/06/2015 - 11/06/2018 | **AGCO Finance LLC P.O. Box 9263 Des Moines, IA 50306** |
| | List the contract number of any government contract | **N/A** | |

Debtor 1    **Crapp Farms Partnership**

First Name        Middle Name        Last Name

Case number *(if known)*   **17-11601-11-cjf**

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#: PO65782: 36-month Lease agreement dated 01/02/20016 on Ag Chem 1100B Rogator Sprayer, SN# AGCA1100CGNSL 1033 and Raven Hawkeye Guidance System, SN#1094. Debtor will cure arrears and assume lease.** |
| | State the term remaining | **01/02/2016 - 01/02/2019** |
| | List the contract number of any government contract | **N/A** |

AGCO Finance LLC
P.O. Box 9263
Des Moines, IA 50306

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease dated May 17, 2016 by and between Robert and Joan Book and Crapp Farms Partnership; said lease terms include rent of 453 acres x $200/acre = 90600; leased from 02/15/2017 thru 11/15/2020. Debtor is tenant and assumes lease agreement.** |
| | State the term remaining | **02/15/2017 thru 11/15/2020** |
| | List the contract number of any government contract | **N/A** |

Robert & Joan Book
11 South Hershey Avenue
Leola, PA 17540

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease dated April 25, 2017 by and between Grenith Cherry and Crapp Farms Partnership; said lease terms include rent of 98.5 acres x $225/acre = $22162.50; leased from 01/01/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement.** |
| | State the term remaining | **01/01/2017 thru 12/31/2017** |
| | List the contract number of any government contract | **N/A** |

Grenith K. Cherry
P.O. Box 85
Benton, WI 53803

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Crapp Farms Partnership** | | Case number *(if known)* | **17-11601-11-cjf** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for uniforms; debtor intends to reject contract.** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Cintas Corporation #446**<br>**PO Box 630921** |
| | List the contract number of any government contract | **N/A** | **Cincinnati, OH 45263-0921** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#: 001-0301371-009: Equipment Operating Lease Agreement dated 09/30/2015 on a Case IH Steiger Tractor 620, SN#ZFF304909; Debtor will cure arrears in the amount of $21,364.75 and assume lease agreement.** | |
|---|---|---|---|
| | State the term remaining | **09/30/2015 - 04/01/2019** | **CNH Industrial Capital America, LLC** |
| | List the contract number of any government contract | **N/A** | **PO Box 3600**<br>**Lancaster, PA 17604-3600** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#: 001-0301371-010: Equipment Operating Lease Agreement dated 09/29/2015 on a Case IH Steiger Tractor 620 TR, ZNZFF304763; Debtor will cure arrears in the amount of $21,364.75 and assume lease agreement.** | |
|---|---|---|---|
| | State the term remaining | **09/29/2015 - 04/01/2019** | **CNH Industrial Capital America, LLC** |
| | List the contract number of any government contract | **N/A** | **PO Box 3600**<br>**Lancaster, PA 17604-3600** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#: 001-0301371-011: Equipment Operating Lease Agreement dated 03/30/2016 on a Case IH Magnum Tractor 340 ZFRF06029; Debtor will cure arrears in amount of $11,226.30 and assume lease agreement.** | |
|---|---|---|---|
| | State the term remaining | **03/30/2016 - 04/01/2019** | **CNH Industrial Capital America, LLC**<br>**PO Box 3600**<br>**Lancaster, PA 17604-3600** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Crapp Farms Partnership**

　　　　　First Name　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **17-11601-11-cjf**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any government contract **N/A**

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Acct#: **001-0301371-012: Equipment Operating Lease Agreement dated 03/30/2016 on a Case IH Magnum Tractor 340 ZFRF0580; Debtor will cure arrears in the amount of $11,226.30 and assume lease agreement.** | |
| | State the term remaining | **03/30/2016 - 04/01/2019** | **CNH Industrial Capital America, LLC PO Box 3600 Lancaster, PA 17604-3600** |
| | List the contract number of any government contract | **N/A** | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Acct#: **001-0301371-013: Equipment Operating Lease Agreement on a Case IH Magnum Tractor 340 ZFRF05776; Debtor will cure arrears in the amount of $11,226.30 and assume lease agreement.** | |
| | State the term remaining | **03/30/2016 - 04/01/2019** | **CNH Industrial Capital America, LLC PO Box 3600 Lancaster, PA 17604-3600** |
| | List the contract number of any government contract | **N/A** | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease dated March 14, 2017 by and between Crary Builders Inc. and Crapp Farms Partnership; said lease terms include rent of 14 acres x $225/acre = $3150; leased from 01/01/2017 thru 12/31/2018. Debtor is tenant and assumes lease agreement.** | |
| | State the term remaining | **01/01/2017 thru 12/31/2018** | **Crary Builders Inc. 7255 Cross Country Road Verona, WI 53593** |
| | List the contract number of any government contract | **N/A** | |

Debtor 1    **Crapp Farms Partnership**
　　　　　 First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **17-11601-11-cjf**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Open End Lease Agreement on 14 - 2017 Freightliner Semis; Debtor is current and assumes lease agreement.** | |
|---|---|---|---|
| | State the term remaining | **09/01/2016 through 09/01/2021** | **Daimler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177** |
| | List the contract number of any government contract | **N/A** | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Lease and Security Agreement to Cash Rent 8,717.0 +/- acres cropland, pasture and non-tillable acres, grain system, and other improvements. 9,833.743 +/- acres total. Debtor is tenant and assumes lease agreement.** | |
|---|---|---|---|
| | State the term remaining | **April 25, 2017 through December 31, 2017** | **Eagle Creek Midwest LLC c/o UBS AgriVest LLC 4415 West Harrison, #238 Hillside, IL 60162** |
| | List the contract number of any government contract | **N/A** | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases storage bin site as the rate of $320,000/year; lease is renewed annually and Debtor assumes lease.** | |
|---|---|---|---|
| | State the term remaining | **Renewed Annually** | **Eagle Creek Midwest LLC c/o UBS AgriVest LLC 4415 West Harrison, #238 Hillside, IL 60162** |
| | List the contract number of any government contract | **N/A** | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Amended Cash Farm Lease dated December 1, 2015 by and between Economy Feed Mill and Crapp Farms Partnership; said lease terms include rent of 2.98 acres x $225/acre = $670.50; leased from 01/01/2016 thru 12/31/2018. Debtor is tenant and assumes lease agreement.** | |
|---|---|---|---|
| | State the term remaining | **01/01/2017 thru 12/31/2018** | **Economy Feed Mill Box 427 Bloomington, WI 53804** |
| | List the contract number of any | **N/A** | |

Debtor 1  **Crapp Farms Partnership**
    First Name      Middle Name      Last Name

Case number *(if known)*  **17-11601-11-cjf**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| | | |
|---|---|---|
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Cash Farm Lease dated April 25, 2017 by and between Tom Oyen and Crapp Farms Partnership; said lease terms include rent of 411.8 acres x $225/acre = $92,655; leased from 01/01/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement.** | |
| | State the term remaining | **01/01/2017 through 12/31/2017** | **Tom Oyen** |
| | List the contract number of any government contract | **N/A** | **7515 Shady Road Platteville, WI 53818** |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Red Wing Software** |
| | List the contract number of any government contract | **N/A** | **491 Highway 19 Red Wing, MN 55066-1119** |
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Russell Consulting Group Inc.** |
| | List the contract number of any government contract | | **5243 Panorama Terrace Panora, IA 50216** |
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Cash Farm Lease dated April 19, 2017 by and between Betty Schurman and Crapp Farms Partnership; said lease terms include rent of 312.38 crop acres x $235/acre = $73409.30 AND 22.13 pasture acres x $40 = $885.20; leased from 04/19/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement.** | **Betty Schurman Schurman Farm 909 Ridge Avenue Lancaster, WI 53813** |
| | State the term remaining | **04/19/2017 through** | |

| Debtor 1 | **Crapp Farms Partnership** | | | Case number (*if known*) | **17-11601-11-cjf** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| List the contract number of any government contract | 12/31/2017 N/A | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Cash Farm Lease dated April 25, 2017 by and between Daniel Weaver and Crapp Farms Partnership; said lease terms include rent of 9.5 acres x $225/acre = $2137.50; leased from 01/01/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement.** | |
|---|---|---|---|
| | State the term remaining | 01/01/2017 through 12/31/2017 | **Daniel Weaver 9411 Lucey Lane Lancaster, WI 53813** |
| | List the contract number of any government contract | N/A | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Cash Farm Lease dated April 25, 2017 by and between Al Wepking and Crapp Farms Partnership; said lease terms include rent of 52 acres x $200/acre = $10000; leased from 03/01/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement.** | |
|---|---|---|---|
| | State the term remaining | 03/01/2017 through 12/31/2017 | **Al Wepking 10526 Liberty Ridge Road Lancaster, WI 53813-9523** |
| | List the contract number of any government contract | N/A | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Cash Farm Lease dated April 21, 2017 by and between Ronald Wienkes and Crapp Farms Partnership; said lease terms include rent of 100 acres x $225/acre = $22500; leased from 01/01/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement.** | |
|---|---|---|---|
| | State the term remaining | 01/01/2017 through 12/31/2017 | **Ronald Wienkes P.O. Box 185 Montfort, WI 53569-0185** |
| | List the contract number of any | N/A | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   **Crapp Farms Partnership**                                           Case number *(if known)*   **17-11601-11-cjf**
   First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Cash Farm Lease dated April 10, 2017 by and between Jim Wilson and Kevin Wilson and Sunset View Farm and Crapp Farms Partnership; said lease terms include rent of 176.5 acres x $225/acre = $39712.50; leased from 01/01/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement. | |
|---|---|---|---|
| | State the term remaining | | Jim Wilson & Kevin ~Wilson |
| | List the contract number of any government contract | | Sunset View Farm 13804 Highway 61 Fennimore, WI 53809 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Cash Building Lease dated 04/10/2017 by Jim Wilson and Kevin Wilson and Crapp Farms Partnership. Said lease terms include $39 per pig space per year = $3900 from 09/30/2016 thorugh 09/30/2017. Debtor is tenant and assumes lease. | |
|---|---|---|---|
| | State the term remaining | 9/30/2016 to 9/30/2017 | Jim Wilson and Kevin ~Wilson |
| | List the contract number of any government contract | N/A | Sunset View Farm 13804 Highway 61 Fennimore, WI 53809 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Cash Farm Lease dated April 1, 2017 by and between Wolf L&G and Crapp Farms Partnership; said lease terms include rent of 11 acres x $90/acre = $1063; leased from 04/01/2017 thru 12/31/2017. Debtor is tenant and assumes lease agreement. | |
|---|---|---|---|
| | State the term remaining | 01/01/2017 through 12/31/2017 | Wolf L&G |
| | List the contract number of any government contract | N/A | 523 Weber Parkway Lancaster, WI 53813 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1   **Crapp Farms Partnership**
　　　　　First Name　　　　Middle Name　　　　Last Name
　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*   **17-11601-11-cjf**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name **Crapp Farms Partnership**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **17-11601-11-cjf**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Equipment Finance Company | ■ D **2.25** ☐ E/F _____ ☐ G _____ |
| 2.2 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | TD Auto Finance | ■ D **2.61** ☐ E/F _____ ☐ G _____ |
| 2.3 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | AgDirect | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | AgDirect | ■ D **2.2** ☐ E/F _____ ☐ G _____ |
| 2.5 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | Stearns Bank N.A. | ■ D **2.55** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| 2.6 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | Stearns Bank N.A. | ■ D __2.57__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.7 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | Stearns Bank N.A. | ■ D __2.58__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | Stearns Bank N.A. | ■ D __2.56__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | BMO Harris Bank<br>N.A. | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | BMO Harris Bank<br>N.A. | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | BMO Harris Bank<br>N.A. | ■ D __2.21__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | BMO Harris Bank<br>N.A. | ■ D __2.20__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Carl D. Crapp** | 6638 Stage Road<br>Potosi, WI 53820 | BMO Harris Bank<br>N.A. | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |

Debtor  **Crapp Farms Partnership**                                    Case number *(if known)*  **17-11601-11-cjf**

▮ **Additional Page to List More Codebtors**
   Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
   Column 1: **Codebtor**                                       Column 2: **Creditor**

| 2.14 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A. | ■ D __2.17__ ☐ E/F ____ ☐ G ____ |
| 2.15 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A. | ■ D __2.16__ ☐ E/F ____ ☐ G ____ |
| 2.16 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A. | ■ D __2.15__ ☐ E/F ____ ☐ G ____ |
| 2.17 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A. | ■ D __2.14__ ☐ E/F ____ ☐ G ____ |
| 2.18 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A. | ■ D __2.13__ ☐ E/F ____ ☐ G ____ |
| 2.19 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.20 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A. | ■ D __2.23__ ☐ E/F ____ ☐ G ____ |
| 2.21 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A. | ■ D __2.24__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                     Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.22 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | AgDirect | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | CNH Industrial<br>Capital | ■ D __2.38__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | CNH Industrial<br>Capital | ■ D __2.27__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | CNH Industrial<br>Capital | ■ D __2.39__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | CNH Industrial<br>Capital | ■ D __2.29__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | CNH Industrial<br>Capital | ■ D __2.28__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | CNH Industrial<br>Capital | ■ D __2.30__<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | Carl D. Crapp | 6638 Stage Road<br>Potosi, WI 53820 | CNH Industrial<br>Capital | ■ D __2.31__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                                                          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.30 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **CNH Industrial** **Capital** | ■ D ___**2.32**___ ☐ E/F _____ ☐ G _____ |
| 2.31 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **CNH Industrial** **Capital** | ■ D ___**2.33**___ ☐ E/F _____ ☐ G _____ |
| 2.32 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **CNH Industrial** **Capital** | ■ D ___**2.36**___ ☐ E/F _____ ☐ G _____ |
| 2.33 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **CNH Industrial** **Capital** | ■ D ___**2.35**___ ☐ E/F _____ ☐ G _____ |
| 2.34 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **CNH Industrial** **Capital** | ■ D ___**2.34**___ ☐ E/F _____ ☐ G _____ |
| 2.35 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **CNH Industrial** **Capital** | ■ D ___**2.37**___ ☐ E/F _____ ☐ G _____ |
| 2.36 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **BMO Harris Bank N.A** | ■ D ___**2.9**___ ☐ E/F _____ ☐ G _____ |
| 2.37 | **Carl D. Crapp** | **6638 Stage Road** **Potosi, WI 53820** | **BMO Harris Bank N.A** | ■ D ___**2.10**___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | Codebtor | Address | Creditor | | Schedule |
| --- | --- | --- | --- | --- | --- |
| 2.38 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A | ■ D | 2.11 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.39 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | BMO Harris Bank N.A | ■ D | 2.12 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.40 | Carl D. Crapp | 6638 Stage Road Potosi, WI 53820 | Commodity Credit Corporation | ■ D | 2.40 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.41 | Darrell C. and Diana Crapp | 5761 Substation Road Lancaster, WI 53813 | BMO Harris Bank N.A. | ■ D | 2.24 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.42 | Darrell C. and Diana Crapp | 5761 Substation Road Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D | 2.8 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.43 | Darrell C. and Diana Crapp | 5761 Substation Road Lancaster, WI 53813 | Grant County Treasurer | ■ D | 2.48 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.44 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | BMO Harris Equipment Finance Company | ■ D | 2.25 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |
| 2.45 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | JP Morgan Chase Bank NA | ■ D | 2.51 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| 2.46 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **US Bank** | ■ D __2.62__<br>☐ E/F ____<br>☐ G ____ |
| 2.47 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **AgDirect** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.48 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **AgDirect** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.49 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **AgDirect** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.50 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **AgDirect** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.51 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **John Deere Financial** | ■ D __2.49__<br>☐ E/F ____<br>☐ G ____ |
| 2.52 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** | ■ D __2.55__<br>☐ E/F ____<br>☐ G ____ |
| 2.53 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** | ■ D __2.57__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Crapp Farms Partnership**                                    Case number *(if known)*   **17-11601-11-cjf**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.54 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** | ■ D __2.58__<br>☐ E/F _____<br>☐ G _____ |
| 2.55 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** | ■ D __2.56__<br>☐ E/F _____<br>☐ G _____ |
| 2.56 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank N.A.** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.57 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank N.A.** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.58 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank N.A.** | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |
| 2.59 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank N.A.** | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.60 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank N.A.** | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.61 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank N.A.** | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                              Column 2: **Creditor**

| 2.62 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank**<br>**N.A.** | ■ D __2.16__<br>□ E/F _____<br>□ G _____ |
| 2.63 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank**<br>**N.A.** | ■ D __2.15__<br>□ E/F _____<br>□ G _____ |
| 2.64 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank**<br>**N.A.** | ■ D __2.14__<br>□ E/F _____<br>□ G _____ |
| 2.65 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank**<br>**N.A.** | ■ D __2.13__<br>□ E/F _____<br>□ G _____ |
| 2.66 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank**<br>**N.A.** | ■ D __2.23__<br>□ E/F _____<br>□ G _____ |
| 2.67 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **AgDirect** | ■ D __2.6__<br>□ E/F _____<br>□ G _____ |
| 2.68 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **CNH Industrial**<br>**Capital** | ■ D __2.38__<br>□ E/F _____<br>□ G _____ |
| 2.69 | **Darrell C. Crapp** | **5761 Substation Road**<br>**Lancaster, WI 53813** | **BMO Harris Bank N.A** | ■ D __2.9__<br>□ E/F _____<br>□ G _____ |

| Debtor | **Crapp Farms Partnership** | | Case number *(if known)* | **17-11601-11-cjf** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| 2.70 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.71 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.72 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D __2.12__ ☐ E/F ____ ☐ G ____ |
| 2.73 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | Caterpillar Financial Services Corp | ■ D __2.26__ ☐ E/F ____ ☐ G ____ |
| 2.74 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | Commodity Credit Corporation | ■ D __2.40__ ☐ E/F ____ ☐ G ____ |
| 2.75 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D __2.42__ ☐ E/F ____ ☐ G ____ |
| 2.76 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D __2.43__ ☐ E/F ____ ☐ G ____ |
| 2.77 | Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D __2.44__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Crapp Farms Partnership** | | Case number *(if known)* | **17-11601-11-cjf** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                  Column 2: **Creditor**

| 2.78 | Darrell C. Crapp | 5761 Substation Road<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D   **2.45**<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.79 | Darrell C. Crapp | 5761 Substation Road<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D   **2.46**<br>☐ E/F ____<br>☐ G ____ |
| 2.80 | Darrell C. Crapp | 5761 Substation Road<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D   **2.47**<br>☐ E/F ____<br>☐ G ____ |
| 2.81 | Darrell C. Crapp | 5761 Substation Road<br>Lancaster, WI 53813 | Peoples State Bank | ■ D   **2.53**<br>☐ E/F ____<br>☐ G ____ |
| 2.82 | Darrell C. Crapp | 5761 Substation Road<br>Lancaster, WI 53813 | Peoples State Bank | ■ D   **2.54**<br>☐ E/F ____<br>☐ G ____ |
| 2.83 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Equipment Finance Company | ■ D   **2.25**<br>☐ E/F ____<br>☐ G ____ |
| 2.84 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | JP Morgan Chase Bank NA | ■ D   **2.50**<br>☐ E/F ____<br>☐ G ____ |
| 2.85 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | AgDirect | ■ D   **2.4**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                    *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.86 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **AgDirect** |

■ D    **2.1**
☐ E/F  _____
☐ G    _____

| 2.87 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **AgDirect** |

■ D    **2.2**
☐ E/F  _____
☐ G    _____

| 2.88 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **AgDirect** |

■ D    **2.3**
☐ E/F  _____
☐ G    _____

| 2.89 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **AgDirect** |

■ D    **2.5**
☐ E/F  _____
☐ G    _____

| 2.90 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** |

■ D    **2.55**
☐ E/F  _____
☐ G    _____

| 2.91 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** |

■ D    **2.57**
☐ E/F  _____
☐ G    _____

| 2.92 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** |

■ D    **2.58**
☐ E/F  _____
☐ G    _____

| 2.93 | **Tony C. Crapp** | **322 Alona Street**<br>**Lancaster, WI 53813** | **Stearns Bank N.A.** |

■ D    **2.56**
☐ E/F  _____
☐ G    _____

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                     Column 2: **Creditor**

| 2.94 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.19**<br>☐ E/F _____<br>☐ G _____ |
| --- | --- | --- | --- | --- |
| 2.95 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.22**<br>☐ E/F _____<br>☐ G _____ |
| 2.96 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.21**<br>☐ E/F _____<br>☐ G _____ |
| 2.97 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.20**<br>☐ E/F _____<br>☐ G _____ |
| 2.98 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.18**<br>☐ E/F _____<br>☐ G _____ |
| 2.99 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.17**<br>☐ E/F _____<br>☐ G _____ |
| 2.100 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |
| 2.101 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank<br>N.A. | ■ D   **2.15**<br>☐ E/F _____<br>☐ G _____ |

Debtor **Crapp Farms Partnership**                                    Case number *(if known)* **17-11601-11-cjf**

▇ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                                Column 2: **Creditor**

| 2.10 2 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | BMO Harris Bank N.A. | ■ D  __2.14__ ☐ E/F ____ ☐ G ____ |
| 2.10 3 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | BMO Harris Bank N.A. | ■ D  __2.13__ ☐ E/F ____ ☐ G ____ |
| 2.10 4 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D  __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.10 5 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | BMO Harris Bank N.A. | ■ D  __2.23__ ☐ E/F ____ ☐ G ____ |
| 2.10 6 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | BMO Harris Bank N.A. | ■ D  __2.24__ ☐ E/F ____ ☐ G ____ |
| 2.10 7 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | AgDirect | ■ D  __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.10 8 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | CNH Industrial Capital | ■ D  __2.38__ ☐ E/F ____ ☐ G ____ |
| 2.10 9 | Tony C. Crapp | 322 Alona Street Lancaster, WI 53813 | AgDirect | ■ D  __2.7__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| 2.110 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.111 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.112 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.113 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | BMO Harris Bank N.A | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.114 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Commodity Credit Corporation | ■ D __2.40__<br>☐ E/F ____<br>☐ G ____ |
| 2.115 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D __2.42__<br>☐ E/F ____<br>☐ G ____ |
| 2.116 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D __2.43__<br>☐ E/F ____<br>☐ G ____ |
| 2.117 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D __2.44__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* | **17-11601-11-cjf** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                Column 2: **Creditor**

| 2.118 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D   __2.45__<br>☐ E/F ____<br>☐ G ____ |
| 2.119 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D   __2.46__<br>☐ E/F ____<br>☐ G ____ |
| 2.120 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Dubuque Bank and Trust Company | ■ D   __2.47__<br>☐ E/F ____<br>☐ G ____ |
| 2.121 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Peoples State Bank | ■ D   __2.53__<br>☐ E/F ____<br>☐ G ____ |
| 2.122 | Tony C. Crapp | 322 Alona Street<br>Lancaster, WI 53813 | Peoples State Bank | ■ D   __2.54__<br>☐ E/F ____<br>☐ G ____ |

---

**Fill in this information to identify the case:**

Debtor name    **Crapp Farms Partnership**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am a partner of the Crapp Farms Partnership, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    Voluntary Chapter 11 Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5 - 12 - 17          X  *Darrell C. Crapp*
                                        Signature of individual signing on behalf of debtor

                                        **Darrell C. Crapp**
                                        Printed name

                                        **Partner**
                                        Position or relationship to debtor

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Crapp Farms Partnership**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **17-11601-11-cjf**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ☐ Operating a business | $0.00 |
    | | ☑ Other    SEE ATTACHMENT | |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.  **Debtor to supplement and amend prior to 341 Meeting.**

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☑ None.

    | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

| Debtor | **Crapp Farms Partnership** | Case number *(if known)*   **17-11601-11-cjf** |
|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **BMO Harris Bank N.A. etal vs. Crapp Farms Partnership etal Grant County Case No. 2017CV000148** | **Other-Debt Action** | **Grant County Circuit Court 130 West Maple Street Lancaster, WI 53813** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Security Finance Corp vs. Travis J Rux Grant County Case Number 2017SC000063** | **Crapp Farms Trucking LLC is Garnishee in action** | **Grant County Circuit Court 130 West Maple Street Lancaster, WI 53813** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* __**17-11601-11-cjf**__ |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Krekeler Strother, S.C. 2901 West Beltline Hwy, Suite 301 Madison, WI 53713** | **Paid by Crapp Farms Partnership: 04/10/2017 = $11,989.53; 04/28/2017 = $11,612.78; 04/28/2017 = $1,717.00 filing fee** **Paid by Darrell Crapp:  05/03/2017 = $3,746.03 + $387.22** | **See above** | **$29,452.56** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* **17-11601-11-cjf** |
|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:
Name of plan
**American Funds**

Employer identification number of the plan
EIN:  **BRK113256**

Has the plan been terminated?
☑ No
☐ Yes

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Crapp Farms Partnership**                                            Case number (if known)  **17-11601-11-cjf**

---

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**  **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑ No.
   ☐ Yes. Provide details below.

| **Case title**<br>**Case number** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| **Business name address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* **17-11601-11-cjf** |

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **CliftonLarsonAllen LLP**<br>**8215 Greenway Boulevard**<br>**Suite 600**<br>**Middleton, WI 53562** | **January 2015 to<br>present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Crapp Farms Partnership**<br>**5627 Lone Elm Tree Road**<br>**Potosi, WI 53820** | **Records are available** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Insight FS**
**a division of GROWMARK, Inc.**
**222 East Puerner Street**
**PO Box 359**
**Jefferson, WI 53549**

26d.2. **Ag Resource Management (ARM)**
**201 east Sunflower Road**
**Cleveland, MS 38732**

26d.3. **BMO Harris Bank N.A**
**111 West Monroe Street**
**Chicago, IL 60603-4095**

26d.4. **First Midwest Bank**

26d.5. **Farm Credit Services of America LLC**
**P.O. Box 2409**
**Omaha, NE 68103**

26d.6. **Monsanto**
**P.O. Box 204070**
**Dallas, TX 75320**

26d.7. **Wyffels Hybrids Inc.**
**13344 U.S. Highway 6**
**Geneseo, IL 61254-8487**

26d.8. **Nutech Seed**
**2321 North Loop Drive**
**Ames, IA 50010**

| Debtor | **Crapp Farms Partnership** | Case number *(if known)* **17-11601-11-cjf** |
| --- | --- | --- |

**Name and address**

| | |
| --- | --- |
| 26d.9. | **Dairyland Seed**<br>**P.O. Box 958**<br>**West Bend, WI 53095-0958** |
| 26d.10. | **Peoples State Bank**<br>**301 E. Blackhawk Avenue**<br>**Prairie Du Chien, WI 53821** |
| 26d.11. | **CNH Industrial Capital**<br>**America, LLC**<br>**PO Box 3600**<br>**Lancaster, PA 17604-3600** |
| 26d.12. | **Tiverton** |
| 26d.13. | **Growth Fund** |
| 26d.14. | **Focus Management Group USA, Inc.**<br>**5001 West Lemon Street**<br>**Tampa, FL 33609** |
| 26d.15. | **Town Bank**<br>**10 W. Mifflin Street**<br>**Madison, WI 53703** |
| 26d.16. | **Gavilon Seed** |
| 26d.17. | **MCMSI** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- [ ] No
- [✓] Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1 | **Darrell Crapp** | **Annually** | |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **Rain & Hail Insurance Company**<br>**9200 Northpark Drive, Suite 200**<br>**Johnston, IA 50131** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **Crapp Farms Partnership**                                                            Case number *(if known)*   **17-11601-11-cjf**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Darrell C. Crapp | 5761 Substation Road Lancaster, WI 53813 | Partner of: Crapp Farms Partnership, Crapp Farms Trucking; Crapp Farms Excavating | Crapp Farms Partnership: 25% interest Crapp Farms Trucking: 33% interest Crapp Farms Excavating: 33% interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Diana Crapp | 5761 Substation Road Lancaster, WI 53813 | Partner of: Crapp Farms Partnership | Crapp Farms Partnership: 25% interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Carl C. Crapp | 6638 Stage Road Potosi, WI 53820 | Partner of: Crapp Farms Partnership, Crapp Farms Trucking; Crapp Farms Excavating | Crapp Farms Partnership: 25% interest Crapp Farms Trucking: 33% interest Crapp Farms Excavating: 33% interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Tony C. Crapp | 322 Alona Lane Lancaster, WI 53813 | Partner of: Crapp Farms Partnership, Crapp Farms Trucking; Crapp Farms Excavating | Crapp Farms Partnership: 25% interest Crapp Farms Trucking: 33% interest Crapp Farms Excavating: 33% interest |



29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor    **Crapp Farms Partnership**                                    Case number *(if known)*  **17-11601-11-cjf**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Darrell C. Crapp**<br>**5721 Substation Road**<br>**Lancaster, WI 53813** | **$56,400 (gross income based on $1200/week)** | May 3, 2016 -<br>May 3, 2017 | Wages |
| **Relationship to debtor**<br>**Partner** | | | |
| 30.2 **Diana Crapp**<br>**5761 Substation Road**<br>**Lancaster, WI 53813** | **$26,320 (gross income based on $560/week)** | May 3, 2016 -<br>May 3, 2017 | Wages |
| **Relationship to debtor**<br>**Partner** | | | |
| 30.3 **Carl C. Crapp**<br>**6638 Stage Road**<br>**Lancaster, WI 53813** | **$51,700 (gross income based on $1200/week)** | May 3, 2016 -<br>May 3, 2017 | Wages |
| **Relationship to debtor**<br>**Partner** | | | |
| 30.4 **Tony C. Crapp**<br>**322 Alona Lane**<br>**Lancaster, WI 53813** | **$56,400 (gross income based on $1200/week)** | May 3, 2016 -<br>May 3, 2017 | Wages |
| **Relationship to debtor**<br>**Partner** | | | |
| 30.5 **Chris Hoffman**<br>**5611 Lone Elm Tree Road**<br>**Potosi, WI 53820** | **$67,774  (gross income based on $1442/month)** | May 3, 2016 -<br>May 3- 2017 | Wages |
| **Relationship to debtor**<br>**Son - in - law** | | | |
| 30.6 **Karie Hoffman**<br>**5611 Lone Elm Tree Road**<br>**Potosi, WI 53820** | **$6000 (gross income based on $500/month)** | My 3, 2016 -<br>May 3, 2017 | Wages |
| **Relationship to debtor**<br>**Daughter** | | | |
| 30.7 **Shelly Crapp**<br>**6638 Stage Road**<br>**Potosi, WI 53820** | **$4800 (gross income based on $400/month)** | May 3, 2016 -<br>May 3, 2017 | Wages |
| **Relationship to debtor**<br>**Daughter - in - law** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

Debtor    **Crapp Farms Partnership**                                  Case number *(if known)*   **17-11601-11-cjf**

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

**American Funds**                                      EIN:    **BRK113256**

---

In re   **Crapp Farms Partnership** _____   Case No.   **17-11601-11-cjf** _____
                                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS #1 - Gross Revenues
### 2017 INCOME SOURCES

**2017: Crapp Farms Partnership**

    **GROSS INCOME TO DATE**                    **$5,186,271.00**

**2017: Crapp Farms Trucking, LLC**

    **GROSS INCOME TO DATE**                    **$594,441.00**

**2017: Crapp Excavating, LLC**

    **GROSS INCOME TO DATE:**                  **$87,945.00**

**2017: Crapp Land, LLC**

**9.**     **GROSS INCOME**                       **$0**

## STATEMENT OF FINANCIAL AFFAIRS #1 - Gross Revenues
### 2016 INCOME SOURCES

**2016: Crapp Farms Partnership**

| | | |
|---|---|---|
| 1a. | Sales of Livestock | $3,462,679.59 |
| 2. | Sale of Livestock, produce, grains, other | $11,040,900.73 |
| 3a. | Cooperative distributions | $79,598.19 |
| 4a. | Ag program payments | $391,424.00 |
| 6a. | Crop insurance received in 2016 | $187,510.00 |
| 7. | Custom Hire income | $2,315.00 |
| 8. | Other Income  (misc insurance claim) | $73.00 |
| | Contract Feeding | $29,808.00 |
| | Hedging Gain (Loss) | $(-935,586.64) |
| | | |
| 9. | **GROSS INCOME** | $14,258,721.87 |

**2016: Crapp Farms Trucking, LLC**

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | $2,416,236.04 |

**2016: Crapp Excavating, LLC**

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | $777,756.72 |

**2016: Crapp Land, LLC**

| | | | |
|---|---|---|---|
| 1a. | Gross Receipts or Sales | $0 | |
| 1b. | Returns and allowances | $0 | |
| 1c. | Subtract line 1b from 1a | | $0 |
| | | | |
| 9. | **GROSS INCOME** | | $0 |

## STATEMENT OF FINANCIAL AFFAIRS #1 - Gross Revenues
### 2015 INCOME SOURCES

**2015: Crapp Farms Partnership**

| | | | |
|---|---|---|---|
| 1a. | Sales of Livestock | $5,770,178 | |
| 1b. | Cost or other basis of Livestock | $3,065,533 | |
| 1c. | Subtract line 1b from 1a | | $2,704,645 |
| 2. | Sale of Livestock, produce, grains, other | | $8,021,504 |
| 3a. | Cooperative distributions | | $77,791 |
| 4a. | Ag program payments | | $392,990 |
| 5a. | Commodity Credit Corp (CCC) loans | | $5,006,000 |
| 6a. | Crop insurance received in 2015 | | $2,345,359 |
| 7. | Custom Hire income | | $6,009 |
| 8. | Other Income  (Stmt #9) | | $18,127 |
| 9. | **GROSS INCOME** | | **$18,572,425** |

**2015: Crapp Farms Trucking, LLC**

| | | | |
|---|---|---|---|
| 1a. | Gross Receipts or Sales | $2,479,686 | |
| 1b. | Returns and allowances | $0 | |
| 1c. | Subtract line 1b from 1a | | $2,479,686 |
| 7. | Other Income  (Stmt #1) | | $3,358 |
| 9. | **GROSS INCOME** | | **$2,483,044** |

**2015: Crapp Excavating, LLC**

| | | | |
|---|---|---|---|
| 1a. | Gross Receipts or Sales | $341,890 | |
| 1b. | Returns and allowances | $78 | |
| 1c. | Subtract line 1b from 1a | | $341,812 |
| 2. | Cost of Goods Sold | | $96,020 |
| 3. | Gross Profit (Subtract line 2 from 1c) | | $245,792 |
| 7. | Other Income  (Stmt #1) | | $251 |
| 9. | **GROSS INCOME** | | **$246,043** |

**2015: Crapp Land, LLC**

| | | | |
|---|---|---|---|
| 1a. | Gross Receipts or Sales | $0 | |
| 1b. | Returns and allowances | $0 | |
| 1c. | Subtract line 1b from 1a | | $0 |
| 9. | **GROSS INCOME** | | **$0** |

Debtor  **Crapp Farms Partnership**                                     Case number *(if known)*  **17-11601-11-cjf**

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5-12-17

Signature of individual signing on behalf of the debtor            **Darrell C. Crapp**
                                                                   Printed name

Position or relationship to debtor   **Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Crapp Farms Partnership**                                               Case No.   **17-11601-11-cjf**

                                          Debtor(s)                     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **378.00/hr for J. David Krekeler** |
| | | **250.00/hr for Kristin J Sederholm** |
| Prior to the filing of this statement I have received | $ | **29,452.56** |
| | | **(Includes $1717 filing fee; negotiations with lender and other financial sources)** |
| Balance Due | $ | **378.00/hr for J. David Krekeler** |
| | | **250.00/hr for Kristin J Sederholm** |

2.  The source of the compensation paid to me was:

☑ Debtor        ☑ Other (specify):      Paid by Crapp Farms Partnership: 04/10/2017 = $11,989.53; 04/28/2017 = $11,612.78; 04/28/2017 = $1,717.00 filing fee

Paid by Darrell Crapp: 05/03/2017 = $3,746.03 + $387.22

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Crapp Farms Partnership**    Case No.    **17-11601-11-cjf**

                                Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____5/12/17_____

*Date*

Kristin J. Sederholm 1001895
*Signature of Attorney*
**Krekeler Strother, S.C.**
**2901 West Beltline Highway**
**Suite 301**
**Madison, WI 53713**
**(608) 258-8555   Fax: (608) 258-8299**
*Name of law firm*