UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re                )
                     )
**CRAPP FARMS PARTNERSHIP**,    )    Case No. 17-11601
                     )
       Debtor.       )    Chapter 11
                     )
                     )

## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, Creditors for the above named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the Unsecured Creditor Committee:

1. **ACTING CHAIRPERSON**
   Wyffels Hybrids, Inc.
   Peter L. Britt
   13344 US Highway 6
   Geneseo, IL 61254
   309-945-0703
   pbritt@wyffels.com

2. Doc Adams Veterinary Service, LLC
   Matthew Adams
   353 S. Jefferson Street
   Lancaster, WI 53813
   608-412-4352
   docadamsvet@gmail.com

3. Resource Engineering, Associates, Inc.
   Bob Pofahl
   3510 Parmenter Street
   Suite 110
   Middleton, WI 53562-1535
   608-819-2773
   bob@reaeng.com

Dated: June 5, 2017                Respectfully submitted,

                                   PATRICK S. LAYNG
                                   United States Trustee

                           By:     */s/ Tiffany E. Rodriguez*
                                   Tiffany E. Rodriguez
                                   Attorney for the U.S. Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re                                               )
                                                    )
**CRAPP FARMS PARTNERSHIP**,         )           Case No. 17-11601
                                                    )
                    Debtor.              )           Chapter 11
                                                    )
                                                    )

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on June 5, 2017, the attached NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS was served by First Class Mail on the Debtor's attorney and each member of the Committee, at the addresses shown on the attached Notice.

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Peter D. Arling    parling@octhomaslaw.com
Jamie S. Cassel    jsc@renozahm.com
Stephen D. Chiquoine    steve@cmlawyers.net
Richard D. Humphrey    richard.humphrey@usdoj.gov, angelica.santana@usdoj.gov
Kathryn A. Klein    rb_bank@riezmanberger.com
J. David Krekeler    jdkrek@ks-lawfirm.com, hrschank@ks-lawfirm.com;cwatson@ks-lawfirm.com;bisige@ks-lawfirm.com;dgajewski@ks-lawfirm.com
Joseph W. Lawver    jlawver@messerlikramer.com, kmilner@messerlikramer.com
Matthew P. Lindeman    mlindeman@messerlikramer.com, kmilner@messerlikramer.com
David M. Pelletier    dpelletier@axley.com, ediehl@axley.com
Eliza M. Reyes    ereyes@ks-lawfirm.com, hrschank@ks-lawfirm.com;cwatson@ks-lawfirm.com;bisige@ks-lawfirm.com;dgajewski@ks-lawfirm.com;jdkrek@ks-lawfirm.com
Jennifer M. Schank    jschank@ks-lawfirm.com, jdkrek@ks-lawfirm.com;hrschank@ks-lawfirm.com;cwatson@ks-lawfirm.com;bisige@ks-lawfirm.com;dgajewski@ks-lawfirm.com
Christopher J. Schreiber    cschreib@vonbriesen.com
Kristin J. Sederholm    ksederho@ks-lawfirm.com, jdkrek@ks-lawfirm.com;hrschank@ks-lawfirm.com;cwatson@ks-lawfirm.com;bisige@ks-lawfirm.com;dgajewski@ks-lawfirm.com
Christopher M. Seelen    cseelen@ruderware.com, shanson@ruderware.com
Tonya A. Trumm    ttrumm@octhomaslaw.com

**Parties Served via Electronic Mail:**

Doc Adams Veterinary Service, LLC         docadamsvet@gmail.com
Wyffels Hybrids, Inc.                                  pbitt@wyffels.com
Bob Pofahl                                                bob@reaeng.com

**Parties Served via U.S. Mail**

                                              */s/ April Wentz*
                                              April Wentz
                                              Legal Assistant

Case 3-17-11601-cjf    Doc 79    Filed 06/05/17    Entered 06/05/17 16:04:09    Desc Main
Document      Page 3 of 3